**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **COMARCO WIRELESS SYSTEMS LLC,** | C.A. No. 2:25-cv-00420 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **HP, INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Comarco Wireless Systems LLC files this Original Complaint for Patent Infringement against HP, Inc. ("Defendant") and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Comarco Wireless Systems LLC ("Comarco" or "Plaintiff") is a Texas limited liability company, having a principal place of business located at 6000 Shepherd Mountain Cove, Suite #1604, Austin TX 78730.

2.      On information and belief, Defendant HP, Inc. ("HPI") is a corporation organized and existing under the laws of Delaware with a place of business at 3001 Dallas Parkway, Frisco, TX 75034-8660. Defendant has a registered agent at CT Corporation System at 1999 Bryan St., STE. 900, Dallas, TX 75201.

### II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its

business in this forum, including at least a portion of the acts of infringement alleged herein. Furthermore, Defendant is subject to this Court's specific and general personal jurisdiction because Defendant maintains places of business at 3001 Dallas Parkway, Frisco, TX 75034-8660.

5.    Without limitation, on information and belief, within this state, Defendant committed acts of patent infringement, as alleged herein.  In addition, on information and belief, Defendant derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its providing services within Texas.  Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.    Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains places of business at 3001 Dallas Parkway, Frisco, TX 75034-8660. On information and belief, from and within this District, Defendant committed at least a portion of the acts of infringement at issue in this case.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  <u>FACTUAL ALLEGATIONS UNDERLYING ALL CLAIMS</u>

8.    Plaintiff incorporates the above paragraphs herein by reference.

9.    The patents at issue in this matter arose from the pioneering work of Thomas W. Lanni, an accomplished electrical engineer. Mr. Lanni began working in the field of power supply

and conversion in the early 1980s. In 1994, Mr. Lanni joined Comarco, Inc. as Vice President and Chief Technology Officer.

10.     Through his work at Comarco, Inc., Mr. Lanni recognized that the increasing use of a variety of portable devices and myriad power sources (e.g., automobile outlets and wall sockets) created the problem of a given device receiving the wrong level of power from a given power source. This mismatch could result in a failure to charge, or could cause damage to the device being charged by causing the battery to overheat or even catch fire.

11.     To address this shortcoming in the prior art, Mr. Lanni invented a charging system whereby a charger and a portable electronic device engage in a "handshake" process in order to determine the appropriate level of power to be delivered to the portable electronic device. Mr. Lanni's system includes a charger that comprised power circuitry to provide power along with data circuitry to receive a signal from the portable electronic device to be charged and to provide a signal in response. Conductors are configured to transfer DC power and a ground reference voltage to the portable electronic device. During operation, a third conductor receives the signal from the portable electronic device and a fourth conductor transmits the response signal to the portable electronic device. The portable electronic device was able to use this response signal to determine a power level of the power supply system. This system enables the portable electronic device to receive the appropriate power level from the charger.

12.     Mr. Lanni's work led to a large family of patent applications (and resulting issued patents) claiming priority to U.S. Patent Application No. 10/758,933 ("the '933 Application") filed on January 15, 2004. Mr. Lanni is the sole named inventor on these patents.

13.     On July 16, 2013, U.S. Patent Application No. 13/943,453 was filed, claiming priority to U.S. Patent Application No 13/300,376. After examination, the USPTO issued U.S.

Patent No. 9,413,187 ("the '187 Patent"), entitled "Power Supply System Providing Power and Analog Data Signal for Use by Portable Electronic Device to Control Battery Charging" on August 9, 2016. The term of the '187 patent has been adjusted by 381 days. A true and correct copy of the '187 Patent is attached as Exhibit 1.

14.     On August 12, 2020, U.S. Patent Application No. 16/991,295 was filed, claiming priority to the '933 Application. After examination, the USPTO issued U.S. Patent No. 10,855,087 ("the '087 Patent"), entitled "Power Supply Systems" on December 1, 2020. A true and correct copy of the '087 Patent is attached as Exhibit 2.

15.     On October 22, 2020, U.S. Patent Application No. 17/077,699 was filed, claiming priority to the '933 Application. After examination, the USPTO issued U.S. Patent No. 10,951,042 ("the '042 Patent"), entitled "Power Supply Systems" on March 16, 2021. A true and correct copy of the '042 Patent is attached as Exhibit 3.

16.     Comarco is the assignee of all right, title, and interest in the '087 Patent, the '042 Patent, and the '187 Patent, (collectively "the Patents-in-Suit") including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the Patents-in-Suit.   Accordingly, Comarco possesses the exclusive right and standing to prosecute the present action for infringement of the Patents-in-Suit by Defendant.

### IV.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 9,413,187)

17.     Upon information and belief, Defendant directly infringed claims 8 and 9, of the '187 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing products including a power supply system, the power supply system being external to a portable electronic device and providing DC power, such products including, but not limited to, the chargers sold with the following products: HP EliteBook 830 G8 Notebook PC, HP

EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation ("'187 Accused Chargers").

18.     Claim 8 of the '187 patent states:

A power supply system for providing DC power to a portable electronic device, the power supply system being external to the portable electronic device and comprising:

power circuitry to provide the DC power;

data circuitry to receive a first signal originating from the portable electronic device and to provide a second signal to the portable electronic device; and

a connector disposed on a cable end, the connector having four conductors for detachably mating with a power input opening of the portable electronic device, the first and second conductors transferring the DC power and its ground reference to the portable electronic device, the third conductor transferring the first signal from the portable electronic device to the data circuitry, and the fourth conductor transferring the second signal from the data circuitry to the portable electronic device,

wherein the data circuitry, in response to the first signal, provides the second signal to the portable electronic device, the second signal being an analog signal having a parameter level to indicate to the portable electronic device the potential power output level of the power supply system.

(Ex. A at 11:6-12:7).

**A.**     **Infringement for Compliance with the Battery Charging (BC) 1.2 specification**

19.     Defendant made, used, sold, and offered for sale, and/or imported products, such as the '187 Accused Chargers, that included a power supply system for providing DC power to a portable electronic device, the power supply system (*e.g.*, the '187 Accused Chargers) being external to the portable electronic device.  Upon information and belief, the '187 Accused Chargers include circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device.  The  Table  2-1  (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications               (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power.  USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification.

## HP EliteBook x360 830 G8 Notebook PC



**Left**

| | |
|---|---|
| **1.** Internal Microphones (2) | **7.** Glass Clickpad |
| **2.** Web cam LED | **8.** Smartcard Reader (Optional) |
| **3.** HD and IR Camera (Optional) | **9.** Audio Combo Jack |
| **4.** Camera Shutter | **10.** Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1) |
| **5.** IR Camera LEDs (Optional) | **11.** Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1) |
| **6.** Ambient Light Sensor | **12.** Nano Security Lock Slot (Lock sold separately) |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1.  Power Button Key

2.  Power Connector
3.  HDMI 2.0b Port (Cable not included)
4.  Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]

5.  Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6.  SIM Card Slot (Optional)
7.  Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor.  Requires 8 GB or more system memory. Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

### SMART CARD READER

| Smart Card Reader (Optional) | Model number | Alcor AU9560 |
|---|---|---|
| | FIPS 201 Compliant | Yes |

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only) [40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter [40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
|---------|-------------|
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50%) |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer. Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



1. 4.5mm AC Power connector
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. (2) USB Type-C® with Thunderbolt™ 4
5. Nano SIM card slot (optional)¹
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

**Right**

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm |  |
|---|---|---|---|
|  | Weight | unit: 250g +/- 10g |  |
|  | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
|  |  |  | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
|  |  |  | 88% min at 115 Vac/ 230Vac @ 12V/5A |
|  |  |  | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
|  |  |  | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|
| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

Data sheet

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere



Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.



| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| | |
|---|---|
| **Power** | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| **Battery type** | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36]; Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch |
| **Ports and connectors** | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45 ; (HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

| | | | |
|---|---|---|---|
| 1. | HD Camera (Select models only) | 10. | HDMI port (Cable not included) |
| 2. | IR Camera (Select models only) | 11. | USB 3.1 Gen 1 port |
| 3. | Webcam LED (Select models only) | 12. | Audio combo jack |
| 4. | Internal microphones | 13. | SIM card slot¹ |
| 5. | IR Camera LEDs (Select models only) | 14. | Fingerprint reader |
| 6. | Power connector | 15. | Clickpad |
| 7. | USB Type-C™ with Thunderbolt™ | 16. | Pointstick |
| 8. | Docking connector | 17. | HP Collaboration Keyboard |
| 9. | Ethernet port | | |

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

Features

## POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

1.  HD Camera (select models only)
2.  IR Camera (select models only)
3.  Webcam LED (select models only)
4.  HP Privacy Camera shutter
5.  Internal microphones
6.  IR Camera LEDs (select models only)
7.  Ambient light sensor (optional)
8.  Battery Charging LED
9.  Power connector
10. USB Type-C™ with Thunderbolt™
11. Docking Connector

12. Ethernet port
13. HDMI port (Cable not included)
14. USB 3.1 Gen 1 port
15. Audio combo jack
16. SIM card slot[1]
17. Fingerprint sensor (optional)
18. Clickpad
19. Pointstick with 2 buttons
20. HP Collaboration Keyboard
21. Power button
22. Speakers

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).



(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

## QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

### Features

**POWER**

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook  14u G6 Mobile Workstation**

**Technical Specifications – Power**

## POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm |
| | Weight | unit: 245g +/- 10g |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |

Input Efficiency:
" 81.5% min at 115 Vac/ 230Vac @ 5V/3A
86.7% min at 115 Vac/ 230Vac @ 9V/3A
88% min at 115 Vac/ 230Vac @ 10V/5A
88% min at 115 Vac/ 230Vac @ 12V/5A
89% min at 115 Vac/ 230Vac @ 15V/4.33A
89% min at 115 Vac/ 230Vac @ 20V/3.25A"

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



**Right**

1. 4.5mm AC
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. 2 USB Type-C® with Thunderbolt™ 3
5. Nano SIM card slot (optional)[1]
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | Dimensions | 90.0x51x28.5mm |  |
| --- | --- | --- | --- |
|  | Weight | unit: 250g +/- 10g |  |
|  | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
|  |  |  | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
|  |  |  | 88% min at 115 Vac/ 230Vac @ 12V/5A |
|  |  |  | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
|  |  |  | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
| --- | --- |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer 26,3 |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

## HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging). Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 I 1.4; 1 USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 150 W Slim Smart external AC power adapter |
| **Battery type[37,40,44]** | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio.
Product number: 3TR87AA

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); Right side: 1 power connector; 1 Mini DisplayP signaling rate (USB Power Delivery, DisplayPor |
|---|---|
| **Power** | 200 W UltraSlim Smart external AC power adapter; |
| **Battery type** | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port
10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1. 1 USB 3.0 (charging)
2. 1 smart card reader
3. Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| Ports and Connectors | Left side: 1 USB 3.0 (charging) |
|---|---|
| | Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ Thunderbolt™ 3 (USB 3.1); 1 HDMI 1.4b |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).




HP Thunderbolt Dock 230W G2

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



## QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**

1. 4.5mm AC Power connector
2. Battery Charging LED
3. (1) USB 3.1 Gen 1 Type A
4. HDMI 2.0 (HDMI cable not included)
5. (2) USB Type-C® with Thunderbolt™ 3
6. Nano SIM card slot (optional)¹
7. Speakers
8. Clickpad
9. Dual point stick with buttons
10. HP Premium Keyboard
11. HD Camera (select models only)

**Right**

12. IR Camera (select models only)
13. HP Privacy Camera Shutter
14. Multi-array microphone
15. Webcam LED
16. Power button (on keyboard)
17. fingerprint sensor (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).



# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port

3. Headphone/microphone combo jack
4. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
|---|---|---|---|
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) |
| | Weight | 0.215kg (0.45 lb) |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).





(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
|---|---|---|---|
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³

**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

**Datasheet**

# HP ZBook 17 G6 Mobile Workstation

## Extreme performance to meet extraordinary demands



Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™ (Thunderbolt™ 3, pass through support DisplayPort™ 1.4); 1 USB 3.1 Gen 2; with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.,*

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20sp
ecs%20pdf

.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet



# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable

HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate, USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[6,13,48] |
|---|---|
| Power | 200 W UltraSlim Smart external AC power adapter adapter[20] |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



**HP Thunderbolt Dock G2 with Combo Cable**

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet

# HP ZBook Studio G5 Mobile Workstation

## Smaller, faster and brighter than ever



Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.



| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging) |
| | Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet

# HP ZBook Studio x360 G5 Convertible Workstation

## HP's most powerful convertible PC

Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.



(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0, 1 USB 3.0 (charging)  <br> Right side: 1 HDMI 2.0, 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|
| **Power** | 150 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]  <br> Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| **Battery type**[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
| **Battery life**[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



- Connect to everything you need with a wide-range of connectivity options: Dual USB-C® Thunderbolt™, HDMI or Mini DisplayPort™, USB 3.0 charging port, headphone jack, and AC port.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook x2 G4 Detachable Workstation

## Unleash the power of Adobe® Creative Cloud®

Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.





| Ports and Connectors | Left side: 1 headphone/microphone combo |
| | Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |

| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,        https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).



(*E.g.*,  https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf,  page 5).

20.    On information and belief, Defendant provided the '187 Accused Chargers which included power circuitry to provide DC power. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, to charge a portable electronic device, a USB cable was connected to the USB power supply. Further, the other end of the USB cable was connected to the charging port of a portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the USB power supply comprised power circuitry to provide DC power to a portable electronic device.

Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

21.    Defendant provided a product or system, such as the '187 Accused Chargers, that included data circuitry to receive a first signal originating from the portable electronic device and to provide a second signal to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply comprised data circuitry configured to use the Primary Detection method as described in the USB BC 1.2 specification. For example, during Primary Detection, when a portable electronic device was connected with the power supply through the USB cable, the portable electronic device generated

a D+ signal ("first signal").  Data circuitry of the USB power supply receives a D+ signal ("first signal") and provides a D- signal ("second signal") to the portable electronic device to detect the type of connected power supply (standard downstream port or charging port). The D+ signal and D- signal are separate signals.  The D+ signal originates at the portable electronic device and is received by the power supply.  When the D+ signal passes through the resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable electronic device via the D- pin.  Thus, the D+ signal was received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents.  The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## 1.2   Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw IDEV CHG without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on V<sub>DP_SRC</sub> and I<sub>DM_SINK</sub>. Since a DCP is required to short D+ to D- through a resistance of R<sub>DCP_DAT</sub>, the PD will detect a voltage on D- that is close to V<sub>DP_SRC</sub>.

A PD shall compare the voltage on D- with V<sub>DAT_REF</sub>. If D- is greater than V<sub>DAT_REF</sub>, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with V<sub>LGC</sub> as well, and only determine that it is attached to a DCP or CDP if D- is greater than V<sub>DAT_REF</sub>, but less than V<sub>LGC</sub>. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than V<sub>DAT_REF</sub>, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw I<sub>DEV_CHG</sub>. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than V<sub>LGC</sub>, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than V<sub>LGC</sub>, then the PD would determine that it was attached to an SDP, and only be able to draw I<sub>SUSP</sub>.

The choice of whether or not to compare D- to V<sub>LGC</sub> depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

22.     Defendant provided a product or system, such as the '187 Accused Chargers, that include a connector disposed on a cable end, the connector having four conductors for detachably mating with a power input opening of the portable electronic device, the first and second conductors transferring the DC power and its ground reference to the portable electronic device, the third conductor transferring the first signal from the portable electronic device to the data circuitry, and the fourth conductor transferring the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the USB power supply connects to the portable electronic device through a USB cable.  The USB cable had a USB-C connector at one end to detachably mate with the charging port of a portable electronic device. The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins. The VBUS pin is the voltage line that provides DC power to the portable electronic device and

GND pin provides a ground reference to the portable electronic device.  The D+ pin provides the D+ signal ("first signal") from the portable electronic device to the data circuitry of the USB power supply and the D- pin provides the D- signal ("second signal") from the data circuitry of the USB power supply to the portable electronic device.  To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents.  The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

**3.2.3.2    Problem Description**

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1 System Overview**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.5 Ground Current and Noise Margins

As shown in Figure 7-47 of the USB 2.0 specification, a current of 100 mA through the ground wire of a USB cable can result in a voltage difference of 25 mV between the host ground and the device ground.  This ground difference has the effect of reducing noise margins for both signaling and charger detection.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 36).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

### 3.2.4  Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1  Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of Microchip.



**Figure 2.** The USB Type-C plug. Image courtesy of Microchip.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

23.     Defendant provided a product or system with data circuitry, such as in '187 Accused Chargers, that in response to the first signal, provides the second signal to the portal electronic device, the second signal being an analog signal having a parameter level to indicate to the portable electronic device the potential power output level of the power supply system.  This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, as described above, the USB power supply comprised data circuitry configured to use the Primary Detection method of the USB BC 1.2 specification. The USB power supply shorts the D+ to D- through a resistance of RDCP_DAT, such that in response to the D+ signal ("first signal"), the data circuitry of the power supply provides the D- signal ("second signal") to the portable electronic device.  The portable electronic device compared the D- signal's voltage ("parameter") level with a reference voltage to indicate the potential power output level of the connected power

supply.  Therefore, the D- signal is an analog signal.  To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## USB battery charging specifications

Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

24.     Defendant provided a product or system, including the '187 Accused Chargers, in which the power circuitry of the power supply system converts power from an external power source to DC power.  For example, to charge a portable electronic device, a USB cable was connected to the external USB power supply.  Further, the other end of a USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the external USB power supply system comprised power circuitry to provide DC power to the portable electronic device.

### B.     Infringement for Compliance with Power Delivery Standard

**25.**     Upon information and belief, Defendant directly infringed claims 8 and 9, of the '187 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing products including a power supply system, the power supply system being

external to a portable electronic device and providing DC power, such products including, but not limited to, the power supply systems provided with the following: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation which comply with Universal Serial Bus Power Delivery Specification, Revision 2.0 January 2017. ("'187 Accused PD Chargers").

26.    Defendant made, used, sold, and offered for sale, and/or imported products including the '187 Accused PD Chargers, that included a power supply system for providing DC power to a portable electronic device, the power supply system (*e.g.*, the '187 Accused PD Chargers) being external to the portable electronic device.  Upon information and belief, the '187 Accused PD Chargers include circuitry that is compliant with at least Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014 (along with other subsequent revisions of Type-C specification), and Universal Serial Bus Power Delivery Specification, Revision 2.0 January 2017.

27.     On information and belief, Defendant provided the '187 Accused PD Chargers that included power circuitry to provide DC power. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, to charge a portable electronic device, a USB cable was connected to the USB power supply. Further, the other end of the USB cable was connected to the charging port of a portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the USB power supply comprised power circuitry to provide DC power to a portable electronic device.

28.     Defendant provided a product or system, such as the '187 Accused PD Chargers, that included data circuitry to receive a first signal originating from the portable electronic device and to provide a second signal to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, a portable device provided a CC1/CC2 signal ("first signal") through the USB-C port to configure the device and transfer data. For example, in response to the CC1/CC2 signal ("first signal"), the data circuitry of the '187 Accused PD Charger provides RX signal ("second signal") to the portable electronic device to configure the device and transfer data. The RX signal is an analog signal such that the signals are able to assume a plurality of voltages.

The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions.  As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution. The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices.  As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), *Configuration Channel* signals (CC1 and CC2), and two Sideband Use (SBU) signal pins.  Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle.  For reference, the signal pins are labeled.

(*E.g.*,          https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-

Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

To establish the proper routing of the active USB data bus from DFP to UFP, the standard USB Type-C cable is wired such that a single CC wire is position aligned with the first USB SuperSpeed signal pairs (SSTXp1/SSTXn1 and SSRXp1/SSRXn1) – in this way, the CC wire and USB SuperSpeed data bus wires that are used for signaling within the cable track with regard to the orientation and twist of the cable.  By being able to detect which of the CC pins (CC1 or CC2) at the receptacle is terminated by the UFP, the DFP is able to determine which SuperSpeed USB signals are to be used for the connection and the DFP can use this to control the functional switch for routing the SuperSpeed USB signal pairs.  Similarly in the UFP, detecting which of the CC pins at the receptacle is terminated by the DFP allows the UFP to control the functional switch that routes its SuperSpeed USB signal pairs.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

## 5.2   Physical Layer Functions

The USB PD Physical Layer consists of a pair of transmitters and receivers that communicate across a single signal wire ($V_{BUS}$ or CC).  All communication is half duplex.  The PHY Layer practices collision avoidance to minimize communication errors on the channel.

(*E.g.*, https://usb.org/sites/default/files/USB%20Power%20Delivery%202020210706.zip, Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 104).

**2.3  Configuration Process**

The USB Type-C receptacle, plug and cable solution incorporates a configuration process to detect a downstream facing port to upstream facing port (DFP-to-UFP) connection for V$_{BUS}$ management and host-to-device connected relationship determination.

The configuration process is used for the following:

- DFP-to-UFP attach/detach detection
- Plug orientation/cable twist detection
- Initial DFP-to-UFP (host-to-device) and power relationships detection
- USB Type-C V$_{BUS}$ current detection and usage
- *USB PD* communication
- Discovery and configuration of functional extensions

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 20).

**2.3.1  DFP-to-UFP Attach/Detach Detection**

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND.  Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (V$_{BUS}$ or V$_{CONN}$) until the DFP detects the presence of an attached device (UFP) port.  When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device.  When a DFP-to-UFP detach is detected, the port sourcing V$_{BUS}$ removes power.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**2.3.2  Plug Orientation/Cable Twist Detection**

The USB Type-C plug can be inserted into a receptacle in either one of two orientations, therefore the CC pins enable a method for detecting plug orientation in order to determine which SuperSpeed USB data signal pairs are functionally connected through the cable.  This allows for signal routing, if needed, within a DFP or UFP to be established for a successful connection.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-

Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

### 2.3.3  Initial DFP-to-UFP (host-to-device) and Power Relationships Detection

Unlike existing USB Type-A and Type-B receptacles and plugs, the mechanical characteristics of the USB Type-C receptacle and plug do not inherently establish the relationship of USB host and device ports.  The CC pins on the receptacle also serve to establish an initial DFP-to-UFP and power relationships prior to the normal USB enumeration process.

For the purpose of defining how the CC pins are used to establish the initial DFP-to-UFP relationship, the following port behavior modes are defined.

1.  Host-only – for this mode, the port exclusively behaves as a DFP
2.  Device-only – for this mode, the port exclusively behaves as a UFP
3.  Dual-role – for this mode, the port can behave either as a DFP or UFP

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**Table 3-4  USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | VBUS | Bus Power | First | B9 | VBUS | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the *USB 2.0* differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the *USB 2.0* differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the *USB 2.0* differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the *USB 2.0* differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | VBUS | Bus Power | First | B4 | VBUS | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 49).



Figure 4-5  Pull-Up/Pull-Down CC Model

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 107).



Figure 4-6  Current Source/Pull-Down CC Model

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 107).

Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports

(*E.g.*,           https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

#### 4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,           https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

#### 2.4  VBUS

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device.  A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the *USB 2.0* and *USB 3.1* specifications.  The *USB Power Delivery Specification* is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with a USB Type-C connector.  Not all options will be available to the device from all host

(*E.g.*,           https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-

[Specification-Release-1.0.pdf](Specification-Release-1.0.pdf), Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 22).



***Figure 1.*** *The USB Type-C receptacle. Image courtesy of Microchip.*



***Figure 2.*** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, [https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/](https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/) ).

### 8.3.2.3    Power Negotiation

Figure 8-5 illustrates an example of a successful Message flow during Power Negotiation.  The negotiation goes through 5 distinct phases:

- The Source sends out its power capabilities in a ***Source_Capabilities*** Message.
- The Sink evaluates these capabilities and in the request phase selects one power level by sending a ***Request*** Message.
- The Source evaluates the request and accepts the request with an ***Accept*** Message.
- The Source transitions to the new power level and then informs the Sink by sending a ***PS_RDY*** Message.
- The Sink starts using the new power level.

(*E.g.*, [https://usb.org/sites/default/files/USB%20Power%20Delivery%2020210706.zip](https://usb.org/sites/default/files/USB%20Power%20Delivery%2020210706.zip), Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 297)



Figure 8-5 Successful Power Negotiation

(*E.g.*, https://usb.org/sites/default/files/USB%20Power%20Delivery%2020210706.zip, Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 298)

To establish the proper routing of the active USB data bus from DFP to UFP, the standard USB Type-C cable is wired such that a single CC wire is position aligned with the first USB SuperSpeed signal pairs (SSTXp1/SSTXn1 and SSRXp1/SSRXn1) – in this way, the CC wire and USB SuperSpeed data bus wires that are used for signaling within the cable track with regard to the orientation and twist of the cable. By being able to detect which of the CC pins (CC1 or CC2) at the receptacle is terminated by the UFP, the DFP is able to determine which SuperSpeed USB signals are to be used for the connection and the DFP can use this to control the functional switch for routing the SuperSpeed USB signal pairs. Similarly in the UFP, detecting which of the CC pins at the receptacle is terminated by the DFP allows the UFP to control the functional switch that routes its SuperSpeed USB signal pairs.

(*E.g.*,                     https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

29.     Defendant provided a product or system, such as the '187 Accused PD Chargers, that included a connector disposed on a cable end, the connector having four conductors for detachably mating with a power input opening of the portable electronic device, the first and second conductors transferring the DC power and its ground reference to the portable electronic device, the third conductor transferring the first signal from the portable electronic device to the data circuitry, and the fourth conductor transferring the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.   For example, the adapter connects to the portable electronic device through a USB cable. The USB cable has a connector of the type including but not limited to USB-C at one end to detachably mate with the charging port of a portable electronic device. The connector comprises VBUS ("first conductor"), GND ("second conductor"), CC1/CC2 ("third conductor"), and RX ("fourth conductor") pins.  Further, the VBUS (Voltage line of the USB interface) pin is the voltage line that provides DC power to the portable electronic device and the GND pin provides a ground reference to the portable electronic device.   Further, the CC1/CC2 pin provides the CC signal ("first signal") from the portable electronic device to the data circuitry of the adapter, and RX pin provides the RX signal ("second signal") from the data circuitry of the adapter to the portable electronic device.

The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions.  As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution.  The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices.  As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins.  Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle.  For reference, the signal pins are labeled.

(*E.g.*,            https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|----|----|----|----|----|----|----|----|----|-----|-----|-----|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*,            https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

To establish the proper routing of the active USB data bus from DFP to UFP, the standard USB Type-C cable is wired such that a single CC wire is position aligned with the first USB SuperSpeed signal pairs (SSTXp1/SSTXn1 and SSRXp1/SSRXn1) – in this way, the CC wire and USB SuperSpeed data bus wires that are used for signaling within the cable track with regard to the orientation and twist of the cable.  By being able to detect which of the CC pins (CC1 or CC2) at the receptacle is terminated by the UFP, the DFP is able to determine which SuperSpeed USB signals are to be used for the connection and the DFP can use this to control the functional switch for routing the SuperSpeed USB signal pairs.  Similarly in the UFP, detecting which of the CC pins at the receptacle is terminated by the DFP allows the UFP to control the functional switch that routes its SuperSpeed USB signal pairs.

(*E.g.*,            https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

## 5.2    Physical Layer Functions

The USB PD Physical Layer consists of a pair of transmitters and receivers that communicate across a single signal wire ($V_{BUS}$ or CC).  All communication is half duplex.  The PHY Layer practices collision avoidance to minimize communication errors on the channel.

(*E.g.*, https://usb.org/sites/default/files/USB%20Power%20Delivery%202020210706.zip, Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 104).

## 2.3  Configuration Process

The USB Type-C receptacle, plug and cable solution incorporates a configuration process to detect a downstream facing port to upstream facing port (DFP-to-UFP) connection for V<sub>BUS</sub> management and host-to-device connected relationship determination.

The configuration process is used for the following:

- DFP-to-UFP attach/detach detection
- Plug orientation/cable twist detection
- Initial DFP-to-UFP (host-to-device) and power relationships detection
- USB Type-C V<sub>BUS</sub> current detection and usage
- *USB PD* communication
- Discovery and configuration of functional extensions

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 20).

### 2.3.1  DFP-to-UFP Attach/Detach Detection

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND.  Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (V<sub>BUS</sub> or V<sub>CONN</sub>) until the DFP detects the presence of an attached device (UFP) port.  When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device.  When a DFP-to-UFP detach is detected, the port sourcing V<sub>BUS</sub> removes power.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

### 2.3.2  Plug Orientation/Cable Twist Detection

The USB Type-C plug can be inserted into a receptacle in either one of two orientations, therefore the CC pins enable a method for detecting plug orientation in order to determine which SuperSpeed USB data signal pairs are functionally connected through the cable.  This allows for signal routing, if needed, within a DFP or UFP to be established for a successful connection.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-

Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).



Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports

(*E.g.*,          https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

**4.5.1.1   USB Data Bus Interface and USB Type-C Plug Flip-ability**

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,          https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

**2.4  VBUS**

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device.  A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the *USB 2.0* and *USB 3.1* specifications.  The *USB Power Delivery Specification* is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with the USB Type-C connector.  Not all options will be available to the device from all host

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 22).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

30.    Defendant provided a product or system with the data circuitry, such as in '187 Accused PD Charger, that in response to the first signal, provided the second signal to the portal electronic device, the second signal being an analog signal having a parameter level to indicate to the portable electronic device the potential power output level of the power supply system.  This

element is met literally, or in the alternative, under the doctrine of equivalents.  For example, in response to the CC1/CC2 signal ("first signal"), the data circuitry of the adapter provides RX signal ("second signal") to the portable electronic device to configure the device and transfer data. The RX signal is an analog signal such that the signals are able to assume a plurality of voltages.

### 8.3.2.3    Power Negotiation

Figure 8-5 illustrates an example of a successful Message flow during Power Negotiation.  The negotiation goes through 5 distinct phases:

- The Source sends out its power capabilities in a *Source_Capabilities* Message.
- The Sink evaluates these capabilities and in the request phase selects one power level by sending a *Request* Message.
- The Source evaluates the request and accepts the request with an *Accept* Message.
- The Source transitions to the new power level and then informs the Sink by sending a *PS_RDY* Message.
- The Sink starts using the new power level.

(*E.g.*, https://usb.org/sites/default/files/USB%20Power%20Delivery%202020210706.zip, Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 297).



Figure 8-5 Successful Power Negotiation

(*E.g.*, https://usb.org/sites/default/files/USB%20Power%20Delivery%2020210706.zip, Universal Serial Bus Power Delivery Specification, Revision 2.0 Release January 2017, Page 298).

To establish the proper routing of the active USB data bus from DFP to UFP, the standard USB Type-C cable is wired such that a single CC wire is position aligned with the first USB SuperSpeed signal pairs (SSTXp1/SSTXn1 and SSRXp1/SSRXn1) – in this way, the CC wire and USB SuperSpeed data bus wires that are used for signaling within the cable track with regard to the orientation and twist of the cable. By being able to detect which of the CC pins (CC1 or CC2) at the receptacle is terminated by the UFP, the DFP is able to determine which SuperSpeed USB signals are to be used for the connection and the DFP can use this to control the functional switch for routing the SuperSpeed USB signal pairs. Similarly in the UFP, detecting which of the CC pins at the receptacle is terminated by the DFP allows the UFP to control the functional switch that routes its SuperSpeed USB signal pairs.

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

**2.3   Configuration Process**

The USB Type-C receptacle, plug and cable solution incorporates a configuration process to detect a downstream facing port to upstream facing port (DFP-to-UFP) connection for V$_{BUS}$ management and host-to-device connected relationship determination.

The configuration process is used for the following:

- DFP-to-UFP attach/detach detection
- Plug orientation/cable twist detection
- Initial DFP-to-UFP (host-to-device) and power relationships detection
- USB Type-C V$_{BUS}$ current detection and usage
- *USB PD* communication
- Discovery and configuration of functional extensions

(*E.g.*,             https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 20).

**2.3.1   DFP-to-UFP Attach/Detach Detection**

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND.   Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (V$_{BUS}$ or V$_{CONN}$) until the DFP detects the presence of an attached device (UFP) port.  When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device.  When a DFP-to-UFP detach is detected, the port sourcing V$_{BUS}$ removes power.

(*E.g.*,             https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**2.3.2   Plug Orientation/Cable Twist Detection**

The USB Type-C plug can be inserted into a receptacle in either one of two orientations, therefore the CC pins enable a method for detecting plug orientation in order to determine which SuperSpeed USB data signal pairs are functionally connected through the cable.  This allows for signal routing, if needed, within a DFP or UFP to be established for a successful connection.

(*E.g.*,             https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-

Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).



**Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports**

(*E.g.*,        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

### 4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

**2.3.3   Initial DFP-to-UFP (host-to-device) and Power Relationships Detection**

Unlike existing USB Type-A and Type-B receptacles and plugs, the mechanical characteristics of the USB Type-C receptacle and plug do not inherently establish the relationship of USB host and device ports.  The CC pins on the receptacle also serve to establish an initial DFP-to-UFP and power relationships prior to the normal USB enumeration process.

For the purpose of defining how the CC pins are used to establish the initial DFP-to-UFP relationship, the following port behavior modes are defined.

1.   Host-only – for this mode, the port exclusively behaves as a DFP
2.   Device-only – for this mode, the port exclusively behaves as a UFP
3.   Dual-role – for this mode, the port can behave either as a DFP or UFP

(*E.g.,*        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**Table 3-4  USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | V$_{BUS}$ | Bus Power | First | B9 | V$_{BUS}$ | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the *USB 2.0* differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the *USB 2.0* differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the *USB 2.0* differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the *USB 2.0* differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | V$_{BUS}$ | Bus Power | First | B4 | V$_{BUS}$ | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

(*E.g.,*        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification,

Release 1.0 August 2014, Page 49).



(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 107).



(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 107).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of* Microchip.



**Figure 2.** *The USB Type-C plug. Image courtesy of* Microchip.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/ ).

31.    Defendant provided a product or system, including the '187 Accused PD Charger in which the power circuitry of the power supply system converts power from an external power source to DC power.  For example, to charge a portable electronic device, a USB cable was connected to the external USB power supply.  Further, the other end of a USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the external USB power supply system comprised power circuitry to provide DC power to the portable electronic device.

### C.    Infringement for Compliance with Quick Charge Standard

32.    Upon information and belief, Defendant directly infringed claims 8 and 9, of the '187 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing products including a power supply system, the power supply system being

external to a portable electronic device and providing DC power, such products including, but not limited to, the power supply system included with the following: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation which comply with Qualcomm Quick Charge 3.0 technology ("'187 Accused QC Chargers").

33.    Defendant made, used, sold, and offered for sale, and/or imported products including the '187 Accused QC Chargers, that included a power supply system for providing DC power to a portable electronic device, the power supply system (*e.g.*, the '187 Accused QC Chargers) being external to the portable electronic device.  Upon information and belief, the '187 Accused QC Chargers included circuitry that is compliant with at least Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014 (along with other subsequent revisions of Type-C specification), and Qualcomm Quick Charge 3.0 technology.

## HP EliteBook x360 830 G8 Notebook PC



**Left**

1. Internal Microphones (2)
2. Web cam LED
3. HD and IR Camera (Optional)
4. Camera Shutter
5. IR Camera LEDs (Optional)
6. Ambient Light Sensor

7. Glass Clickpad
8. Smartcard Reader (Optional)
9. Audio Combo Jack
10. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
11. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
12. Nano Security Lock Slot (Lock sold separately)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1. Power Button Key

2. Power Connector
3. HDMI 2.0b Port (Cable not included)
4. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]

5. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6. SIM Card Slot (Optional)
7. Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor. Requires 8 GB or more system memory. Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

### SMART CARD READER

| Smart Card Reader (Optional) | Model number | Alcor AU9560 |
|---|---|---|
| | FIPS 201 Compliant | Yes |

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only)[40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter[40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
|---------|-------------|
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50% |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer, Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



1. 4.5mm AC Power connector
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. (2) USB Type-C® with Thunderbolt™ 4
5. Nano SIM card slot (optional)[1]
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

**Right**

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

**POWER**

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm |  |
|---|---|---|---|
| | Weight | unit: 250g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
| --- | --- |
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

Data sheet

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere



Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.



| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, Alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
| --- | --- |
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
|---|---|
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36]; Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch |
| Ports and connectors | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45 ; (HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port

10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

| | |
|---|---|
| 1. HD Camera (select models only) | 12. Ethernet port |
| 2. IR Camera (select models only) | 13. HDMI port (Cable not included) |
| 3. Webcam LED (select models only) | 14. USB 3.1 Gen 1 port |
| 4. HP Privacy Camera shutter | 15. Audio combo jack |
| 5. Internal microphones | 16. SIM card slot[1] |
| 6. IR Camera LEDs (select models only) | 17. Fingerprint sensor (optional) |
| 7. Ambient light sensor (optional) | 18. Clickpad |
| 8. Battery Charging LED | 19. Pointstick with 2 buttons |
| 9. Power connector | 20. HP Collaboration Keyboard |
| 10. USB Type-C™ with Thunderbolt™ | 21. Power button |
| 11. Docking Connector | 22. Speakers |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).



(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

## QuickSpecs
**HP ZBook 14u G6 Mobile Workstation**

### Features

#### POWER
**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

## Technical Specifications – Power

### POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm | | |
|---|---|---|---|---|
| | Weight | unit: 245g +/- 10g | | |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 10V/5A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A" |

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

## Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



| | **Right** |
|---|---|
| 1. 4.5mm AC | 12. HP Privacy Camera Shutter |
| 2. Battery Charging LED | 13. Multi array microphone |
| 3. HDMI 2.0 (HDMI cable not included) | 14. Webcam LED |
| 4. 2 USB Type-C® with Thunderbolt™ 3 | 15. Power button (on keyboard) |
| 5. Nano SIM card slot (optional)[1] | 16. Fingerprint sensor (optional) |
| 6. Speakers | |
| 7. Clickpad | |
| 8. Dual point stick with buttons | |
| 9. HP Premium Keyboard | |
| 10. HD Camera (select models only) | |
| 11. IR Camera (select models only) | |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | | |
|---|---|---|
| Dimensions | 90.0x51x28.5mm | |
| Weight | unit: 250g +/- 10g | |
| Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
| --- | --- |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer [26,3] |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

## HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging)<br>Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 I<br>1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|

| Power | 150 W Slim Smart external AC power adapter |
|---|---|
| Battery type[37,40,44] | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio.
Product number: 3TR87AA

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging);<br>Right side: 1 power connector; 1 Mini DisplayPo<br>signaling rate (USB Power Delivery, DisplayPor |
|---|---|

| Power | 200 W UltraSlim Smart external AC power adapter; |
|---|---|
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
Product number: 3TR87AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port
10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1. 1 USB 3.0 (charging)
2. 1 smart card reader
3. Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Overview



**Right**

| | |
|---|---|
| 4.  1 headphone/microphone combo | 8.   1 USB 3.0 |
| 5.  1 power connector | 9.   1 Thunderbolt 3™ |
| 6.  1 UHS-II SD card reader | 10.  1 HDMI port |
| 7.  1 Ethernet port (RJ-45) | 11.  Side Docking connector |

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**

HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| | |
|---|---|
| Ports and Connectors | Left side: 1 USB 3.0 (charging)<br>Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ (Thunderbolt™ 3, USB 3.1); 1 HDMI 1.4b |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



HP Thunderbolt Dock 230W G2

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
Product number: 2UK38AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



## QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**

| | | |
|---|---|---|
| 1. | 4.5mm AC Power connector | |
| 2. | Battery Charging LED | |
| 3. | (1) USB 3.1 Gen 1 Type A | |
| 4. | HDMI 2.0 (HDMI cable not included) | |
| 5. | (2) USB Type-C® with Thunderbolt™ 3 | |
| 6. | Nano SIM card slot (optional)[1] | |
| 7 | Speakers | |
| 8. | Clickpad | |
| 9. | Dual point stick with buttons | |
| 10. | HP Premium Keyboard | |
| 11. | HD Camera (select models only) | |

**Right**

| | |
|---|---|
| 12. | IR Camera (select models only) |
| 13. | HP Privacy Camera Shutter |
| 14. | Multi-array microphone |
| 15. | Webcam LED |
| 16. | Power button (on keyboard) |
| 17. | fingerprint sensor (optional) |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. Headphone/microphone combo jack
4. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
| --- | --- | --- | --- |
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) | |
| | Weight | 0.215kg (0.45 lb) | |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 | |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

Overview

**HP ZBook 17 G5 Mobile Workstation**



**Left View**

1. Security cable slot
2. RJ-45/Ethernet
3. 2 USB 3.0
4. USB 3.0 charging port
5. SD Card reader
6. Smart Card Reader



**Right View**

1. Optical Disk Drive
2. Stereo microphone in / headphone-out combo jack
3. Mini DisplayPort™
4. HDMI 2.0 port
5. Thunderbolt™ 3 ports
6. Power connector
7. Power LED

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
|---|---|---|---|
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

**Datasheet**

# HP ZBook 17 G6 Mobile Workstation

## Extreme performance to meet extraordinary demands



Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™ (Thunderbolt™ 3, pass through support DispalyPort™ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.*,

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20specs%20pdf.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet



# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable

HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[6,15,48] |
|---|---|
| Power | 200 W UltraSlim Smart external AC power adapter[20] |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet



# HP ZBook Studio G5 Mobile Workstation

### Smaller, faster and brighter than ever

Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.



| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet



# HP ZBook Studio x360 G5 Convertible Workstation

### HP's most powerful convertible PC

Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|

| Power | 150 W Slim Smart external AC power adapter |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|

| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
|---|---|
| Battery life[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

**Datasheet**

# HP ZBook x2 G4 Detachable Workstation

## Unleash the power of Adobe® Creative Cloud®

Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.





| Ports and Connectors | Left side: 1 headphone/microphone combo<br>Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |
| --- | --- |
| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).

34.    On information and belief, Defendant provided the '187 Accused QC Chargers which included power circuitry to provide DC power. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, to charge a portable electronic device, a USB cable was connected to the adapter. Further, the other end of the USB cable was connected to the charging port of the portable electronic device and the adapter is plugged into a standard wall socket. Therefore, the adapter comprised a power circuitry to provide DC power to portable electronic devices.

| | |
|---|---|
| **USB** | **USB Version:** USB 3.0, USB 2.0 |
| **Power Management** | **Maximum Input Voltage:** 22 V |
| **Charging** | **Qualcomm® Quick Charge™ Technology Support:** Qualcomm® Quick Charge™ 3.0 technology |
| | **Maximum Current:** 2.6 A, 4.6 A |
| **Interfaces** | **Supported Interfaces:** I²C |
| **Operating Temperature Range** | **Maximum Temperature:** 85 °C |
| | **Minimum Temperature:** -30 °C |
| **Package** | **Package Type:** WLCSP |
| | **Pitch:** 0.4mm Pitch |
| | **Size:** 2.96 x 3.31 x 0.55 mm |

(*E.g.*, https://www.qualcomm.com/products/quick-charge-30).

35.     Defendant provided a product or system, such as the '187 Accused QC  Chargers, that included data circuitry to receive a first signal originating from the portable electronic device and to provide a second signal to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the '187 Accused QC Chargers comprised data circuitry as described in the Universal Serial Bus Type-C Cable and Connector Specification and Qualcomm Quick Charge 3.0 technology.  For example, the D+ pin (DP pin on the QC 3.0 controller present within the adapter) provides the first signal (D+ signal) from the portable electronic device to the data circuitry of the adapter. The D- pin (DM pin on the QC 3.0 controller present within the adapter) provides the second signal (D- signal) from the data circuitry of the adapter to the portable electronic device. The D+ (DP) and D- (DM) pins are used to

establish communication between the portable electronic device and the adapter. The output voltage and current and consequently the power values are controlled using the DP and DM pins.

Quick Charge 3.0 is engineered to refuel devices up to four times faster than conventional charging. It is designed to charge twice as fast as Quick Charge 1.0 and to be 38 percent more efficient than Quick Charge 2.0. Now consumers can spend even less time charging, and can grab and go more quickly.

How does it work? Quick Charge 3.0 employs Intelligent Negotiation for Optimum Voltage (INOV), an algorithm which allows your portable device to determine what power level to request at any point in time, enabling optimum power transfer while maximizing efficiency. It also supports wider voltage options, allowing a mobile device to dynamically adjust to the ideal voltage level supported by that specific device. Specifically, Quick Charge 3.0 offers a more granular range of voltages: 200mV increments, from 3.6V to 20V. That way your phone can target one of dozens of power levels.

The technology has the same easy-to-implement design for OEMs as previous versions. It's 100 percent backward-compatible with Quick Charge 1.0 and Quick Charge 2.0 devices, and it supports a broad range of connectors: Quick Charge 3.0 can be implemented with USB Type-A, USB micro, USB Type-C, or proprietary connectors. Quick Charge 2.0 is supported by a far-reaching assortment of certified accessories, including wall chargers, car chargers, battery packs, and power controllers; next-generation chargers will support Quick Charge 3.0.

(*E.g.,* https://www.qualcomm.com/news/onq/2015/09/14/introducing-quick-charge-30-next-generation-fast-charging-technology).

Figure 20. Dual Discharge Path − Application Idea (USB−Type C Adapter)

(*E.g.*, https://www.onsemi.com/pdf/datasheet/ncp4371-d.pdf, page 12).

When a Type C receptacle is used, the CC1/CC2 pair is used for plug attach/detach detection. It is also meant to support the USB-PD communication standard. The DP/DM pair is meant to support:

- Battery Charging 1.2
- Qualcomm® QuickCharge™ QC2.0 and QC3.0

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).

## 8.10  Communication

If a type-C receptacle is used, attach/detach detection and USB-PD communication is provided on the CC pins.

DP and DM provide the communication interface for QC2.0 and QC3.0.

If a type-A receptacle is used, attach/detach detection can be disabled (via MTP). The load switch is closed (when no protection is triggered).

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 15).

The output voltage and the output current can be controlled via USB-PD using the CC pins. They can also be controlled via QC using the DP and DM pins.

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).



(*E.g.*, http://ww1.microchip.com/downloads/en/Appnotes/00001914B.pdf, page 7).



(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 6).

#### 4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,  https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

Table 3-4  USB Type-C Receptacle Interface Pin Assignments

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | VBUS | Bus Power | First | B9 | VBUS | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the *USB 2.0* differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the *USB 2.0* differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the *USB 2.0* differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the *USB 2.0* differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | VBUS | Bus Power | First | B4 | VBUS | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |

(*E.g.*,  https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 49).



(*E.g.*,    https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/ ).

36.    Defendant provided a product or system, such as the '187 Accused QC Chargers, that included a connector disposed on a cable end, the connector having four conductors for detachably mating with a power input opening of the portable electronic device, the first and second conductors transferring the DC power and its ground reference to the portable electronic device, the third conductor transferring the first signal from the portable electronic device to the data circuitry, and the fourth conductor transferring the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the adapter comprises data circuitry as described in the Universal Serial Bus Type-C Cable and Connector Specification and Qualcomm Quick Charge 3.0 technology.  For example, the '187 Accused QC Chargers connected to the portable electronic device through a USB cable. The USB cable has a connector of the type including but not limited to USB-C at one end to detachably mate with the charging port of a portable electronic device.  The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor"), and D- ("fourth conductor") pins. The D+ pins connect with the DP/D+ pin and the D- pin connects with the DM/D- pin of the controller (present within the adapter) to support Qualcomm Quick Charge 3.0 technology.

> The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions.  As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution.  The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.
>
> Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices.  As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins.  Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle.  For reference, the signal pins are labeled.

(*E.g.*,        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification,

Release 1.0 August 2014, Page 18).

**Figure 2-1 USB Type-C Receptacle Interface (Front View)**



| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|----|----|----|----|----|----|----|----|----|-----|-----|-----|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*,    https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**2.3  Configuration Process**

The USB Type-C receptacle, plug and cable solution incorporates a configuration process to detect a downstream facing port to upstream facing port (DFP-to-UFP) connection for VBUS management and host-to-device connected relationship determination.

The configuration process is used for the following:

- DFP-to-UFP attach/detach detection
- Plug orientation/cable twist detection
- Initial DFP-to-UFP (host-to-device) and power relationships detection
- USB Type-C VBUS current detection and usage
- *USB PD* communication
- Discovery and configuration of functional extensions

(*E.g.*,    https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 20).

**Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports**



(*E.g.*,        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

### 4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,        https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

**2.4  VBUS**

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device.  A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the _USB 2.0_ and _USB 3.1_ specifications.  The _USB Power Delivery Specification_ is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with the USB Type-C connector.  Not all options will be available to the device from all host

(*E.g.*, https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 22).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of* *Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of* *Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

| | |
|---|---|
| **USB** | **USB Version:** USB 3.0, USB 2.0 |
| **Power Management** | **Maximum Input Voltage:** 22 V |
| **Charging** | **Qualcomm® Quick Charge™ Technology Support:** Qualcomm® Quick Charge™ 3.0 technology |
| | **Maximum Current:** 2.6 A, 4.6 A |
| **Interfaces** | **Supported Interfaces:** I²C |
| **Operating Temperature Range** | **Maximum Temperature:** 85 °C |
| | **Minimum Temperature:** -30 °C |
| **Package** | **Package Type:** WLCSP |
| | **Pitch:** 0.4mm Pitch |
| | **Size:** 2.96 x 3.31 x 0.55 mm |

(*E.g.*, https://www.qualcomm.com/products/quick-charge-30).

Quick Charge 3.0 is engineered to refuel devices up to four times faster than conventional charging. It is designed to charge twice as fast as Quick Charge 1.0 and to be 38 percent more efficient than Quick Charge 2.0. Now consumers can spend even less time charging, and can grab and go more quickly.

How does it work? Quick Charge 3.0 employs Intelligent Negotiation for Optimum Voltage (INOV), an algorithm which allows your portable device to determine what power level to request at any point in time, enabling optimum power transfer while maximizing efficiency. It also supports wider voltage options, allowing a mobile device to dynamically adjust to the ideal voltage level supported by that specific device. Specifically, Quick Charge 3.0 offers a more granular range of voltages: 200mV increments, from 3.6V to 20V. That way your phone can target one of dozens of power levels.

The technology has the same easy-to-implement design for OEMs as previous versions. It's 100 percent backward-compatible with Quick Charge 1.0 and Quick Charge 2.0 devices, and it supports a broad range of connectors: Quick Charge 3.0 can be implemented with USB Type-A, USB micro, USB Type-C, or proprietary connectors. Quick Charge 2.0 is supported by a far-reaching assortment of certified accessories, including wall chargers, car chargers, battery packs, and power controllers; next-generation chargers will support Quick Charge 3.0.

(*E.g.*,      https://www.qualcomm.com/news/onq/2015/09/14/introducing-quick-charge-30-next-generation-fast-charging-technology).



**Figure 20. Dual Discharge Path − Application Idea (USB−Type C Adapter)**

(*E.g.*, https://www.onsemi.com/pdf/datasheet/ncp4371-d.pdf, page 12).



(*E.g.*, http://ww1.microchip.com/downloads/en/Appnotes/00001914B.pdf, page 7).



(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 6).

## 13  Application information



Figure 7.  Typical application diagram, including TEA1938, TEA1999 (low-side SR), and TEA19051BTK

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 28).

## 7.2 Pin description

**Table 3. Pin description**

| Symbol | Pin | Description |
|--------|-----|-------------|
| VCC | 1 | supply voltage |
| OPTO | 2 | OPTO driver |
| SGND | 3 | sense ground |
| GPIO1 | 4 | general-purpose input/output |
| ISNS | 5 | current sense input |
| GPIO2 | 6 | general-purpose input/output |
| VSNS | 7 | voltage sense input |
| SCL | 8 | $I^2C$ clock line |
| SDA | 9 | $I^2C$ data line |
| DM | 10 | negative terminal of the data communication line |
| DP | 11 | positive terminal of the data communication line |
| CC2 | 12 | type C CC2 line detection and USB-PD communication |
| CC1 | 13 | type C CC1 line detection and USB-PD communication |
| DISCH | 14 | fast discharge sink |
| GND | 15 | ground |
| SW | 16 | NMOS gate drive output |
| EDP | 17 | exposed die pad |

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 6).

When a Type C receptacle is used, the CC1/CC2 pair is used for plug attach/detach detection. It is also meant to support the USB-PD communication standard. The DP/DM pair is meant to support:

• Battery Charging 1.2
• Qualcomm® QuickCharge™ QC2.0 and QC3.0

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).

## 8.10 Communication

If a type-C receptacle is used, attach/detach detection and USB-PD communication is provided on the CC pins.

DP and DM provide the communication interface for QC2.0 and QC3.0.

If a type-A receptacle is used, attach/detach detection can be disabled (via MTP). The load switch is closed (when no protection is triggered).

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 15).

The output voltage and the output current can be controlled via USB-PD using the CC pins. They can also be controlled via QC using the DP and DM pins.

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).

37.    Defendant provided a product or system with data circuitry, such as in '187 Accused QC Chargers, that in response to the first signal, provided the second signal to the portal electronic device, the second signal being an analog signal having a parameter level to indicate to the portable electronic device the potential power output level of the power supply system.  This element is met literally, or in the alternative, under the doctrine of equivalents.   For example, in response to the D+ signal ("first signal"), the data circuitry of the adapter provides D- signal ("second signal") to the portable electronic device to configure the device voltage and current, and transfer data. The D+ (DP) and D- (DM) pins are used to establish communication between the portable electronic device and the adapter. The output voltage and current and consequently the power values are controlled using the DP and DM pins. The D- signal is an analog signal such that the signals are able to assume a plurality of voltages.

Quick Charge 3.0 is engineered to refuel devices up to four times faster than conventional charging. It is designed to charge twice as fast as Quick Charge 1.0 and to be 38 percent more efficient than Quick Charge 2.0. Now consumers can spend even less time charging, and can grab and go more quickly.

How does it work? Quick Charge 3.0 employs Intelligent Negotiation for Optimum Voltage (INOV), an algorithm which allows your portable device to determine what power level to request at any point in time, enabling optimum power transfer while maximizing efficiency. It also supports wider voltage options, allowing a mobile device to dynamically adjust to the ideal voltage level supported by that specific device. Specifically, Quick Charge 3.0 offers a more granular range of voltages: 200mV increments, from 3.6V to 20V. That way your phone can target one of dozens of power levels.

The technology has the same easy-to-implement design for OEMs as previous versions. It's 100 percent backward-compatible with Quick Charge 1.0 and Quick Charge 2.0 devices, and it supports a broad range of connectors: Quick Charge 3.0 can be implemented with USB Type-A, USB micro, USB Type-C, or proprietary connectors. Quick Charge 2.0 is supported by a far-reaching assortment of certified accessories, including wall chargers, car chargers, battery packs, and power controllers; next-generation chargers will support Quick Charge 3.0.

(*E.g.*, https://www.qualcomm.com/news/onq/2015/09/14/introducing-quick-charge-30-next-generation-fast-charging-technology).



**Figure 20. Dual Discharge Path − Application Idea (USB−Type C Adapter)**

(*E.g.*, https://www.onsemi.com/pdf/datasheet/ncp4371-d.pdf, page 12).



FIGURE 6:    BLOCK DIAGRAM OF USB3.0/3.1 UFP: SUPER-SPEED MUX

(*E.g.*, http://ww1.microchip.com/downloads/en/Appnotes/00001914B.pdf, page 7).



(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 6).

## 13  Application information



Figure 7.  Typical application diagram, including TEA1938, TEA1999 (low-side SR), and TEA19051BTK

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 28).

## 7.2 Pin description

**Table 3. Pin description**

| Symbol | Pin | Description |
|--------|-----|-------------|
| VCC | 1 | supply voltage |
| OPTO | 2 | OPTO driver |
| SGND | 3 | sense ground |
| GPIO1 | 4 | general-purpose input/output |
| ISNS | 5 | current sense input |
| GPIO2 | 6 | general-purpose input/output |
| VSNS | 7 | voltage sense input |
| SCL | 8 | $I^2C$ clock line |
| SDA | 9 | $I^2C$ data line |
| DM | 10 | negative terminal of the data communication line |
| DP | 11 | positive terminal of the data communication line |
| CC2 | 12 | type C CC2 line detection and USB-PD communication |
| CC1 | 13 | type C CC1 line detection and USB-PD communication |
| DISCH | 14 | fast discharge sink |
| GND | 15 | ground |
| SW | 16 | NMOS gate drive output |
| EDP | 17 | exposed die pad |

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 6).

When a Type C receptacle is used, the CC1/CC2 pair is used for plug attach/detach detection. It is also meant to support the USB-PD communication standard. The DP/DM pair is meant to support:

• Battery Charging 1.2
• Qualcomm® QuickCharge™ QC2.0 and QC3.0

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).

## 8.10 Communication

If a type-C receptacle is used, attach/detach detection and USB-PD communication is provided on the CC pins.

DP and DM provide the communication interface for QC2.0 and QC3.0.

If a type-A receptacle is used, attach/detach detection can be disabled (via MTP). The load switch is closed (when no protection is triggered).

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 15).

The output voltage and the output current can be controlled via USB-PD using the CC pins. They can also be controlled via QC using the DP and DM pins.

(*E.g.*, https://www.nxp.com/docs/en/data-sheet/TEA19051BTK.pdf, page 7).

**Figure 4-3  Logical Model for Data Bus Routing across USB Type-C-based Ports**



(*E.g.*,          https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 105).

**4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability**

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end.  In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*,          https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 104).

**Table 3-4  USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|------|------|------|------|------|------|------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | V$_{BUS}$ | Bus Power | First | B9 | V$_{BUS}$ | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the *USB 2.0* differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the *USB 2.0* differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the *USB 2.0* differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the *USB 2.0* differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | V$_{BUS}$ | Bus Power | First | B4 | V$_{BUS}$ | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |

(*E.g.,* https://www.those.ch/designtechnik/wp-content/uploads/2014/08/USB-Type-C-Specification-Release-1.0.pdf, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 49).

133



**Figure 1.** *The USB Type-C receptacle. Image courtesy of Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

38.    Defendant provided a product or system, including the '187 Accused QC Chargers, in which the power circuitry of the power supply system converted power from an external power source to DC power.  For example, to charge a portable electronic device, a USB cable was connected to the external USB power supply.  Further, the other end of a USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the external USB power supply system comprised power circuitry to provide DC power to the portable electronic device.

### D.    Indirect Infringement

39.    Upon information and belief, Defendant was indirectly infringing by way of inducing infringement and contributing to the infringement of the asserted claims of the '187 patent in the State of Texas, in this District, and elsewhere in the United States, by providing the

'187 Accused Chargers for use as described above by Defendant's customers.  Defendant advertised, offered for sale, and/or sold the '187 Accused Chargers to its customers for use in a manner that Defendant knew infringed at least one claim of the '187 patent.  For example, Defendant advertised and sold the '187 Accused Chargers.  Defendant was a direct and indirect infringer, and its customers using the '187 Accused Chargers were direct infringers.  Defendant had actual knowledge of the '187 patent at least as early as when they received a letter from Plaintiff sent on September 15, 2023, asserting that the '187 Accused Chargers infringed claims of the '187 patent and they were provided a claim chart that provided evidence of the infringement. Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the notice letter.  Defendant has therefore also known that the use of the '187 Accused Chargers by its customers infringed at least one claim of the '187 patent since at least the date they received the letter.

40.    On information and belief, since becoming aware of the '187 patent and of the infringement through advertising and offering for sale the '187 Accused Chargers for use by its customers, Defendant was committing the act of inducing infringement by specifically intending to induce infringement by providing the '187 Accused Chargers to its customers and by aiding and abetting its use in a manner known to infringe by Defendant.  Since becoming aware of the infringing use of the '187 Accused Chargers, Defendant knew that the use of the '187 Accused Chargers by its customers as a charger with a portable electronic device (including a rechargeable battery) constituted direct patent infringement.  Despite this knowledge, Defendant continued to encourage and induce its customers to use the '187 Accused Chargers to infringe as described above and provided instructions for using the '187 Accused Chargers to infringe, including

through advertisements.  Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '187 patent by its customers.

41.    On information and belief, since Defendant became aware of the acts of infringement at least as of the date of receipt of the notice letter, Defendant was committing the act of contributory infringement by intending to provide the '187 Accused Chargers to its customers knowing that such devices were a material part  of the claimed invention, knowing that its use was made and adapted for infringement of the '187 patent as described above, and further knowing that the accused aspect of the '187 Accused Chargers described above was not a staple article or commodity of commerce suitable for substantially noninfringing use.  As described above, Defendant was aware that all material claim limitations were satisfied by the use and implementation of the '187 Accused Chargers by Defendant' customers in the manner described above yet continued to provide the '187 Accused Chargers to its customers knowing that it was a material part of the claimed invention.  As described above, since learning of the infringement, Defendant knew that the use and implementation of the '187 Accused Chargers by its customers was made and adapted for infringement of the '187 patent.  A new act of direct infringement occurred each time a customer implemented and/or used the '187 Accused Chargers in the manner described above.  After Defendant became aware that the use of the '187 Accused Chargers infringed at least one claim of the '187 patent, Defendant knew that each such new use was made and adapted for infringement of at least one claim of the '187 patent and Defendant continued to advertise and provide the '187 Accused Chargers for such infringing activities.  Furthermore, as described more fully above, the '187 Accused Chargers had functionality designed for use in a system in the manner described above and was therefore not a staple article or commodity of commerce suitable for substantially noninfringing use.

42.     Upon information and belief, Defendant willfully infringed the asserted claims of the '187 patent in Texas, in this District, and elsewhere in the United States.  As explained above, Defendant was informed of its infringement of the '187 patent by way of the September 15, 2023, letter sent to Defendant, including claim charts demonstrating Defendant's infringement.  As a result of the letter, Defendant should have known that its actions constituted an unjustifiably high risk of infringement.  Despite the letter and knowledge that the risk of infringement was either known or so obvious that it should have been known, Defendant continued its infringing actions.

43.     Plaintiff was damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '187 patent, *i.e.*, in an amount that by law cannot be less than a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## V.   COUNT II
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 10,855,087)

44.     Upon information and belief, Defendant directly infringed claims 1, 5-7, 11, and 15-17 of the '087 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a power supply system comprising power circuitry configured to provide direct current power such products including, but not limited to, the following: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile

Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation ("'087 Accused Chargers").

45.    Claim 1 of the '087 patent states:

A power supply system comprising:

power circuitry configured to provide direct current power; and

data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device to:

transfer, via the first conductor, the direct current power to the portable electronic device,

transfer, via the second conductor, a ground reference to the portable electronic device,

transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry, and

transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device,

wherein the data circuitry is further configured, in coordination with the first signal, to provide the second signal having a parament level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuity.

(Ex. B at 10:63-11:24).

138

A.    **Infringement for Compliance with the Battery Charging (BC) 1.2 specification**

46.    Defendant made, used, sold, offered for sale and/or imported a USB power supply (*e.g.*, the '087 Accused Chargers) comprising power circuitry configured to provide direct current power.  This element is met literally, or in the alternative, under the doctrine of equivalents. Defendant made, used, sold, offered for sale and/or imported the '087 Accused Chargers to supply power to portable electronic device.  The USB power supply output voltage, current, and power values.  Upon information and belief, each of the '087 Accused Chargers included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device.    The    Table    2-1    (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power.

47.    The USB power supply output voltage, current, and power values. USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification.  Upon information and belief, each of the '087 Accused Chargers included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB    specifications    (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power. Further, to charge the battery in a portable electronic device, the portable electronic device was connected to the USB power supply. The other end of the USB

cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket or a DC power source. Therefore, the USB power supply comprised power circuitry to provide DC power to the portable electronic device.



### HP EliteBook x360 830 G8 Notebook PC

**Left**

1. Internal Microphones (2)
2. Web cam LED
3. HD and IR Camera (Optional)
4. Camera Shutter
5. IR Camera LEDs (Optional)
6. Ambient Light Sensor

7. Glass Clickpad
8. Smartcard Reader (Optional)
9. Audio Combo Jack
10. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
11. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
12. Nano Security Lock Slot (Lock sold separately)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1. Power Button Key
2. Power Connector
3. HDMI 2.0b Port (Cable not included)
4. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
5. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6. SIM Card Slot (Optional)
7. Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor.  Requires 8 GB or more system memory.  Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

## SMART CARD READER

| Smart Card Reader (Optional) | Model number | Alcor AU9560 |
| --- | --- | --- |
| | FIPS 201 Compliant | Yes |

## POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only)[40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter[40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
|---------|-------------|
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50% |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer. Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



1.  4.5mm AC Power connector
2.  Battery Charging LED
3.  HDMI 2.0 (HDMI cable not included)
4.  (2) USB Type-C® with Thunderbolt™ 4
5.  Nano SIM card slot (optional)¹
6.  Speakers
7.  Clickpad
8.  Dual point stick with buttons
9.  HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

**Right**

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm | | |
|---|---|---|---|---|
| | Weight | unit: 250g +/- 10g | | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

145

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles

With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.



- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| | |
|---|---|
| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles

With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.



| | |
|---|---|
| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| | |
|---|---|
| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

Data sheet

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere



Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.



| | |
|---|---|
| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, Alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| | |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36]; Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch |
| Ports and connectors | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45 ; (HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

| | |
|---|---|
| 1.  HD Camera (Select models only) | 10.  HDMI port (Cable not included) |
| 2.  IR Camera (Select models only) | 11.  USB 3.1 Gen 1 port |
| 3.  Webcam LED (Select models only) | 12.  Audio combo jack |
| 4.  Internal microphones | 13.  SIM card slot[1] |
| 5.  IR Camera LEDs (Select models only) | 14.  Fingerprint reader |
| 6.  Power connector | 15.  Clickpad |
| 7.  USB Type-C™ with Thunderbolt™ | 16.  Pointstick |
| 8.  Docking connector | 17.  HP Collaboration Keyboard |
| 9.  Ethernet port | |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1. 1 USB 3.0 (charging)
2. 1 smart card reader
3. Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

1.  HD Camera (select models only)
2.  IR Camera (select models only)
3.  Webcam LED (select models only)
4.  HP Privacy Camera shutter
5.  Internal microphones
6.  IR Camera LEDs (select models only)
7.  Ambient light sensor (optional)
8.  Battery Charging LED
9.  Power connector
10. USB Type-C™ with Thunderbolt™
11. Docking Connector
12. Ethernet port
13. HDMI port (Cable not included)
14. USB 3.1 Gen 1 port
15. Audio combo jack
16. SIM card slot¹
17. Fingerprint sensor (optional)
18. Clickpad
19. Pointstick with 2 buttons
20. HP Collaboration Keyboard
21. Power button
22. Speakers

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

Overview



**Right**

1. Security lock slot (lock sold separately)
2. Vent

3. USB 3.1 Gen 1 charging port
4. Smart card reader (optional)

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook  14u G6 Mobile Workstation**

### Technical Specifications – Power

## POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm | | |
|---|---|---|---|---|
| | Weight | unit: 245g +/- 10g | | |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 10V/5A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A" |

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



**Right**

1. 4.5mm AC
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. 2 USB Type-C® with Thunderbolt™ 3
5. Nano SIM card slot (optional)[1]
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

## Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

## Features

### POWER

**Power Supply**
Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

## Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | | |
|---|---|---|
| Dimensions | 90.0x51x28.5mm | |
| Weight | unit: 250g +/- 10g | |
| Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| | |
|---|---|
| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer [26,3] |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

## HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| | |
|---|---|
| **Ports and Connectors** | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging) Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 I 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
| **Power** | 150 W Slim Smart external AC power adapter |
| **Battery type[37,40,44]** | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio. Product number: 3TR87AA

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| | |
|---|---|
| **Ports and Connectors** | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); Right side: 1 power connector; 1 Mini DisplayPo signaling rate (USB Power Delivery, DisplayPor |
| **Power** | 200 W UltraSlim Smart external AC power adapter; |
| **Battery type** | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³ Product number: 3TR87AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port

10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

## QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

### Features

#### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| Ports and Connectors | Left side: 1 USB 3.0 (charging)<br>Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ (Thunderbolt™ 3, USB 3.1); 1 HDMI 1.4b |
| --- | --- |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



HP Thunderbolt Dock 230W G2

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**

1. 4.5mm AC Power connector
2. Battery Charging LED
3. (1) USB 3.1 Gen 1 Type A
4. HDMI 2.0 (HDMI cable not included)
5. (2) USB Type-C® with Thunderbolt™ 3
6. Nano SIM card slot (optional)¹
7. Speakers
8. Clickpad
9. Dual point stick with buttons
10. HP Premium Keyboard
11. HD Camera (select models only)

**Right**

12. IR Camera (select models only)
13. HP Privacy Camera Shutter
14. Multi-array microphone
15. Webcam LED
16. Power button (on keyboard)
17. fingerprint sensor (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).



# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**Left**

1.  Nano security lock slot (cable lock sold separately)
2.  (1) USB 3.1 Gen 1 Type A charging port
3.  Headphone/microphone combo jack
4.  HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
|---|---|---|---|
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) |
| --- | --- | --- |
| | Weight | 0.215kg (0.45 lb) |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).





(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
|---|---|---|---|
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]

**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

Datasheet

# HP ZBook 17 G6 Mobile Workstation

## Extreme performance to meet extraordinary demands



Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™ (Thunderbolt™ 3, pass through support DispalyPort™ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.,*

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20specs%20pdf

.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet



# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable

HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[8,13,48] |
| --- | --- |

| Power | 200 W UltraSlim Smart external AC power adapter adapter[20] |
| --- | --- |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



**HP Thunderbolt Dock G2 with Combo Cable**

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™ device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet



# HP ZBook Studio G5 Mobile Workstation

## Smaller, faster and brighter than ever

Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.



| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet

# HP ZBook Studio x360 G5 Convertible Workstation

## HP's most powerful convertible PC

Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.



(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
| --- | --- |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

**The new standard for the serious creator**



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
| --- | --- |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
| Battery life[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook x2 G4 Detachable Workstation



## Unleash the power of Adobe® Creative Cloud®

Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.



| Ports and Connectors | Left side: 1 headphone/microphone combo<br>Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |
| --- | --- |
| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).



## Universal USB-C® Every OS

One simple, single USB-C® cable plugs into your PC[2], regardless of the brand or OS so you can use your hub seamlessly. This hub now supports Windows®, macOS and ChromeOS®[3].

(*E.g.*, https://www.hp.com/us-en/shop/pdp/hp-universal-usb-c-hub-and-laptop-charger-combo).

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| *USB Type-C Current @ 1.5 A* | 5 V | 1.5 A | Supports higher power devices |
| *USB Type-C Current @ 3.0 A* | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,          https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

### 3.2.4 Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1 Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6 Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

48.     On information and belief, Defendant provided a product or power supply system, such as the '087 Accused Chargers, that comprised data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power

supply comprised data circuitry configured to use the Primary Detection method as described in the USB BC 1.2 specification. The USB power supply connected to the portable electronic device through a USB cable. The USB cable had a USB-C connector at one end to detachably mate with the charging port of portable electronic device. The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins. Further, during Primary Detection, when a portable electronic device was connected with the USB power supply through the USB cable, the portable electronic device generated a D+ signal ("first signal"). Data circuitry of the USB power supply receives the D+ signal ("first signal") and provides a D- signal ("second signal") to the portable electronic device to detect the type of connected power supply (standard downstream port or charging port). To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## 1.2   Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw IDEV_CHG without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience.  This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 1).

### 3.2.3.2   Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 10).

### 3. Charging Port Detection

#### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1  System Overview**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.2.4 Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1 Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6 Primary Detection, DCP**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$.  Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$.  If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP.  A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$.  The reason for this option is as follows.

PS2 ports pull D+/- high.  If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$.  This much current could potentially damage a PS2 port.  By only determining it is attached to DCP or CDP if  D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high.  If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

49. On information and belief, Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to a portable electronic device.

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

## **Acronyms**

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).

50.    Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

## 3.5    Ground Current and Noise Margins

As shown in Figure 7-47 of the USB 2.0 specification, a current of 100 mA through the ground wire of a USB cable can result in a voltage difference of 25 mV between the host ground and the device ground.  This ground difference has the effect of reducing noise margins for both signaling and charger detection.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 36).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 14).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

51.     Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D+ pin provides the D+ signal ("first signal") from the portable electronic device to the data circuitry of the USB power supply.

**3.2.4    Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1    Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of Microchip.



**Figure 2.** The USB Type-C plug. Image courtesy of Microchip.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

52.    Defendant provided a product or power supply system, such as '087 Accused Chargers, to transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D- pin provides the D- signal ("second signal") from the data circuitry of the USB power supply to the portable electronic device. To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial

origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

**3.2.4   Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1   Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

53.    Defendant provided a product or power supply system with data circuity, such as the '087 Accused Chargers, that was further configured, in coordination with the first signal, to provide the second signal, the second signal having a parameter level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply shorts the D+ to D- through a resistance of $R_{DCP\_DAT}$, such that the portable electronic device detects a voltage on D-. Therefore, the data circuitry of the power supply is configured, in coordination with the D+ signal ("first signal") to provide D- signal ("second signal") to the portable electronic device. The D+ signal and D- signal are separate signals. The D+ signal originates at the portable electronic device and is received by the power supply. When the D+

signal passes through the resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable electronic device via the D- pin.  Thus, the D+ signal was received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage.  Further, the portable electronic device compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port).  Based on the type of power supply, the portable electronic devices drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

## 1.1  Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports.  These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience.  This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is
required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging
Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,
Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

54.     As discussed above, the '087 Accused Chargers compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the portable electronic devices drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

55.     As discussed above, in the '087 Accused Chargers, the parameter level was the D-signal's voltage.

56.     Defendant provided a product or power supply, such as the '087 Accused Chargers, in which the first signal was received by the data circuitry in response to the power circuitry providing the direct current power and the ground reference to the portable electronic device. As explained above in connection with Claim 1, the power supply comprised data circuity and power circuitry configured to use the Primary Detection method of the USB BC 1.2 specification. Using

the VBUS pin and GRN pin, current power and ground reference are provided to and detected by the portable electronic device, respectively. This detection triggers the portable electronic device to send a voltage signal D+, which is the "first signal" received by the data circuitry of the power supply.

57.    Defendant made, used, sold, offered for sale and/or imported a product or power supply system, such as the '087 Accused Chargers, comprising power circuitry configured to provide direct current power. This element is met literally, or in the alternative, under the doctrine of equivalents. Upon information and belief, Defendant made, used, sold, offered for sale and/or imported a USB power supply (*e.g.*, the '087 Accused Chargers) to supply power to the portable electronic device.  USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification.   Upon information and belief, each of the '087 Accused Chargers included power circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic device. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 is used to output 5V voltage, 1.5A current, and 7.5W power. Further, to charge the battery in a portable electronic device, the portable electronic device was connected to the USB power supply. The other end is connected to the charging port of the device and the power supply was plugged into a standard wall socket. Therefore, the USB power supply comprised power circuitry to provide DC power to the electronic device.

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,        https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

58.    Defendant provided a product or power supply system, such as the '087 Accused Chargers, comprising data circuitry configured to receive an input signal that originates from a portable electronic device and to provide an output signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply comprised data circuitry

configured to use the Primary Detection method as described in the USB BC 1.2 specification. The USB power supply connects to the portable electronic device through a USB cable.  The USB cable had a USB-C connector at one end to detachably mate with the charging port of portable electronic device.  The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins. Further, during Primary Detection, when a portable electronic device was connected with the USB power supply through the USB cable, the portable electronic device generated a D+ signal ("input signal").  Data circuitry of the USB power supply receives the D+ signal ("input signal") and provides a D- signal ("output signal") to the portable electronic device to detect the type of connected power supply (standard downstream port or charging port). To the extent the D- signal (*i.e.*, "output signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents.  The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## 1.2   Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.3.2   Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1 System Overview**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

59.    Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to the portable electronic device.

### 3.2.4 Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

### 3.2.4.1 Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6 Primary Detection, DCP**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
| --- | --- | --- |
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
| --- | --- | --- |
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).

60.    Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

## 3.5 Ground Current and Noise Margins

As shown in Figure 7-47 of the USB 2.0 specification, a current of 100 mA through the ground wire of a USB cable can result in a voltage difference of 25 mV between the host ground and the device ground. This ground difference has the effect of reducing noise margins for both signaling and charger detection.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 36).



Figure 3-6 Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

61.     Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the third conductor, the output signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D- pin provides the D- signal ("output signal") from the data circuitry of the USB power supply to the portable electronic device.

### 3.2.4  Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1  Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$.  Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$.  If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP.  A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$.  The reason for this option is as follows.

PS2 ports pull D+/- high.  If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$.  This much current could potentially damage a PS2 port.  By only determining it is attached to DCP or CDP if  D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high.  If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

**> MINI & MICRO USB CONNECTOR PIN CONNECTIONS**

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

**TYPE A & B USB CONNECTOR PIN CONNECTIONS**

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

62.     Defendant provided a product or power supply system, such as the '087 Accused Chargers, to transfer, via the fourth conductor, the input signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the D+ pin provides the D+ signal ("input signal") from the portable electronic device to the data circuitry of the USB power supply. To the extent the D- signal (*i.e.*, "output signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial

origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|-----|-------------|--------------|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

63.     Defendant provided a product or power supply system, such as the '087 Accused Chargers, that included data circuitry that was further configured, in coordination with the input signal, to provide the output signal, the output signal usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the USB power supply shorts the D+ to D- through a resistance of $R_{DCP\_DAT}$, such that the portable electronic device detects a voltage on D-. Therefore, the data circuitry of the power supply is configured, in coordination with the D+ signal ("input signal") to provide D- signal ("output signal") to the portable electronic device. The D+ signal and D- signal are separate signals. The D+ signal originates at the portable electronic device and is received by the power supply. When the D+ signal passes through the

resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable electronic device via the D- pin. Thus, the D+ signal was received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. Further, the portable electronic device compared the D- signal's voltage level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the portable electronic devices drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

## 1.1 Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports. These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2 Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:
- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).



(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

64.    As discussed above, the USB cable had a USB-C connector at one end to detachably mate with the charging port of portable electronic device.

65.    As discussed above, the '087 Accused Chargers compared the D- signal's voltage ("Parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). Based on the type of power supply, the '087 Accused Chargers drew current to charge a rechargeable battery of the portable electronic device from the direct current power provided by the power supply.

66.    As discussed above, in the '087 Accused Chargers, the parameter level was the D-signal's voltage.

67.    Defendant provided a power supply, such as the '087 Accused Chargers, in which the input signal was received by the data circuitry in response to the power circuitry providing the direct current power and the ground reference to the portable electronic device. As explained

above, the power supply comprised data circuity and power circuitry configured to use the Primary Detection method of the USB BC 1.2 specification.  Using the VBUS pin and GRN pin, current power and ground reference are provided to and detected by the portable electronic device, respectively.  This detection triggers the portable electronic device to send a voltage signal D+, which is the "input signal" received by the data circuitry of the power supply.

### B.    Infringement for Compliance with Power Delivery Standard

68.    Upon information and belief, Defendant directly infringed claims 1, 5-7, 11, and 15-17 of the '087 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a power supply system comprising power circuitry configured to provide direct current power such products including, but not limited to, the power supply provided with the following: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation which comply with Universal Serial Bus Power Delivery Specification, Revision 2.0 January 2017. ("'087 Accused PD Chargers").

69.    Defendant made, used, sold, offered for sale and/or imported a USB power supply (*e.g.*, the '087 Accused PD Chargers) comprising power circuitry configured to provide direct current power.  This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, Defendant provided '087 Accused PD Chargers.  Each '087 Accused PD Charger included a USB-C port with Power Delivery, through which the '087 Accused PD Charger could charge batteries of portable electronic devices using a full featured USB Type-C cable.  The '087 Accused PD Chargers were configured to connect to portable electronic devices through a full featured USB Type-C cable to provide DC power to the portable electronic devices.  Further, the USB-C ports of the '087 Accused PD Chargers were compliant with at least Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014 (along with other subsequent revisions of Type-C specification), and Universal Serial Bus Power Delivery Specification, Revision 1.0 January 2017.  Further, to charge the battery in a portable electronic device, the portable electronic device was connected to the USB power supply. The other end of the USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket or a DC power source.  Therefore, the USB power supply comprised power circuitry to provide DC power to the portable electronic device.

## HP EliteBook x360 830 G8 Notebook PC



**Left**

1. Internal Microphones (2)
2. Web cam LED
3. HD and IR Camera (Optional)
4. Camera Shutter
5. IR Camera LEDs (Optional)
6. Ambient Light Sensor

7. Glass Clickpad
8. Smartcard Reader (Optional)
9. Audio Combo Jack
10. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
11. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
12. Nano Security Lock Slot (Lock sold separately)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1. Power Button Key
2. Power Connector
3. HDMI 2.0b Port (Cable not included)
4. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
5. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6. SIM Card Slot (Optional)
7. Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor. Requires 8 GB or more system memory. Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

### SMART CARD READER

| | | |
|---|---|---|
| **Smart Card Reader (Optional)** | **Model number** | Alcor AU9560 |
| | **FIPS 201 Compliant** | Yes |

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only)[40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter[40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
| --- | --- |
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50% |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer. Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



**Right**

1. 4.5mm AC Power connector
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. (2) USB Type-C® with Thunderbolt™ 4
5. Nano SIM card slot (optional)¹
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm | | |
|---|---|---|---|---|
| | Weight | unit: 250g +/- 10g | | |
| | Input | | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).



Data sheet

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere

Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.



| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, Alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| | |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36]; Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch… |
| Ports and connectors | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45 ; (HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port

10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot¹
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

1. HD Camera (select models only)
2. IR Camera (select models only)
3. Webcam LED (select models only)
4. HP Privacy Camera shutter
5. Internal microphones
6. IR Camera LEDs (select models only)
7. Ambient light sensor (optional)
8. Battery Charging LED
9. Power connector
10. USB Type-C™ with Thunderbolt™
11. Docking Connector

12. Ethernet port
13. HDMI port (Cable not included)
14. USB 3.1 Gen 1 port
15. Audio combo jack
16. SIM card slot¹
17. Fingerprint sensor (optional)
18. Clickpad
19. Pointstick with 2 buttons
20. HP Collaboration Keyboard
21. Power button
22. Speakers

¹All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

Overview



**Right**

1. Security lock slot (lock sold separately)
2. Vent
3. USB 3.1 Gen 1 charging port
4. Smart card reader (optional)

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

Features

**POWER**

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook  14u G6 Mobile Workstation**

Technical Specifications – Power

## POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm | |
|---|---|---|---|
| | Weight | unit: 245g +/- 10g | |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 10V/5A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A" |

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



**Right**

1. 4.5mm AC
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. 2 USB Type-C® with Thunderbolt™ 3
5. Nano SIM card slot (optional)[1]
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Features

## POWER

**Power Supply**

Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | Dimensions | 90.0x51x28.5mm | |
|---|---|---|---|
| | Weight | unit: 250g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
| --- | --- |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer [26,3] |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

## HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| | |
|---|---|
| **Ports and Connectors** | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging) Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 [ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
| **Power** | 150 W Slim Smart external AC power adapter |
| **Battery type**[37,40,44] | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio.
Product number: 3TR87AA

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| | |
|---|---|
| **Ports and Connectors** | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); Right side: 1 power connector; 1 Mini DisplayPc signaling rate (USB Power Delivery, DisplayPor |
| **Power** | 200 W UltraSlim Smart external AC power adapter; |
| **Battery type** | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
Product number: 3TR87AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port

10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1. 1 USB 3.0 (charging)
2. 1 smart card reader
3. Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Overview



**Right**

4.  1 headphone/microphone combo
5.  1 power connector
6.  1 UHS-II SD card reader
7.  1 Ethernet port (RJ-45)

8.  1 USB 3.0
9.  1 Thunderbolt 3™
10. 1 HDMI port
11. Side Docking connector

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| Ports and Connectors | Left side: 1 USB 3.0 (charging)<br>Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ (Thunderbolt™ 3, USB 3.1); 1 HDMI 1.4b |
| --- | --- |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**




1. 4.5mm AC Power connector
2. Battery Charging LED
3. (1) USB 3.1 Gen 1 Type A
4. HDMI 2.0 (HDMI cable not included)
5. (2) USB Type-C® with Thunderbolt™ 3
6. Nano SIM card slot (optional)[1]
7. Speakers
8. Clickpad
9. Dual point stick with buttons
10. HP Premium Keyboard
11. HD Camera (select models only)

**Right**

12. IR Camera (select models only)
13. HP Privacy Camera Shutter
14. Multi-array microphone
15. Webcam LED
16. Power button (on keyboard)
17. fingerprint sensor (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).



# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. Headphone/microphone combo jack
4. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
|---|---|---|---|
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) | |
| --- | --- | --- | --- |
| | Weight | 0.215kg (0.45 lb) | |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 | |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).





(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
|---|---|---|---|
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³

**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

**Datasheet**

# HP ZBook 17 G6 Mobile Workstation



## Extreme performance to meet extraordinary demands

Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™<br>(Thunderbolt™ 3, pass through support DispalyPort™ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.*,

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20specs%20pdf

.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet



# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable

HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| | |
|---|---|
| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[6,15,48] |
| Power | 200 W UltraSlim Smart external AC power adapter[20] |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



| | |
|---|---|
| HP Thunderbolt Dock G2 with Combo Cable | Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™ device connectivity and optional integrated audio.[3]<br>Product number: 3TR87AA |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet

# HP ZBook Studio G5 Mobile Workstation

### Smaller, faster and brighter than ever



Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.



| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet

# HP ZBook Studio x360 G5 Convertible Workstation



### HP's most powerful convertible PC

Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.



(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|

| Power | 150 W Slim Smart external AC power adapter |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|

| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
|---|---|
| Battery life[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator

Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54] Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook x2 G4 Detachable Workstation

## Unleash the power of Adobe® Creative Cloud®



Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.



| Ports and Connectors | Left side: 1 headphone/microphone combo<br>Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |
|---|---|
| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).

70.    On information and belief, Defendant provided a product or power supply system, such as the '087 Accused PD Chargers, that comprised data circuitry configured to receive a first signal that originates from a portable electronic device and to provide a second signal to be sent to the portable electronic device, the data circuitry and the power circuitry configured to be coupled via a connector to the portable electronic device, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with a power input interface of the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the '087 Accused PD Chargers comprised data circuitry as described in the Universal Serial Bus Type-C

Cable and Connector Specification and Universal Serial Bus Power Delivery Specification.  The '087 Accused PD Chargers were configured to connect to portable electronic devices through a USB cable.  The USB cable has a connector of the type including but not limited to USB-C at one end to detachably mate with the charging port of a portable electronic device.  The connector comprises VBUS ("first conductor"), GND ("second conductor"), and two Configuration Channel conductors, *i.e.*, CC1/CC2 ("third conductor" / "fourth conductor").  When a portable electronic device was connected to the Accused PD Charger through the full featured USB Type-C cable, the orientation of the connector to the Accused PD Charger is detected first.  The Accused PD Chargers detected the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins.  The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value.  The '087 Accused PD Chargers determined which of the two CC pins are used as a configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in use.  The CC pin used as a configuration channel is the "third conductor" and the voltage signal ("first signal") received at one of the CC pin meeting the threshold requirement from the portable device connected via the full featured USB Type-Cable is determined by the voltage divider signal generated by the Rd resister in the portable electronic devices with the Rp resister in the '087 Accused PD Chargers.  The CC pin that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor").  The '087 Accused PD Chargers connected to the full-featured USB Type-C cables that are electronically marked.  To connect to an electronically marked USB Type-C cable, the '087 Accused PD Chargers utilized the Vconn pin.  With the electronically marked USB Type-Cable, the CC pin not used as the configuration channel is used as the Vconn source.  Upon providing the Vconn signal to the portable electronic

device, the '087 Accused PD Chargers communicated the SOP/SOP'/SOP'' (SOP*) packet with the portable electronic device that was used to control the power delivery from the Accused PD Chargers to the portable electronic device. The SOP* includes the SOP communication from the Accused PD Chargers to the portable electronic devices that are attached. The voltage signal at the Vconn pin sent from the Accused PD Chargers to the portable electronic devices was the "second signal" because the Vconn signal enables the SOP* communication that controls the charging batteries in the portable electronic devices.

Table 3-4  USB Type-C Receptacle Interface Pin Assignments

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | VBUS | Bus Power | First | B9 | VBUS | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the USB 2.0 differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the USB 2.0 differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the USB 2.0 differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the USB 2.0 differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | VBUS | Bus Power | First | B4 | VBUS | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).

The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions. As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution. The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices. As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (V$_{BUS}$) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins. Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle. For reference, the signal pins are labeled.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|------|------|------|-------|-----|-----|-----|------|-------|------|------|------|
| GND | TX1+ | TX1− | V$_{BUS}$ | CC1 | D+ | D− | SBU1 | V$_{BUS}$ | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | V$_{BUS}$ | SBU2 | D− | D+ | CC2 | V$_{BUS}$ | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 18).

**4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability**

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end. In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 104).



**Figure 4-3 Logical Model for Data Bus Routing across USB Type-C-based Ports**

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 105).

### 4.5.1.2.1 Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source. Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.

**Figure 4-5 Pull-Up/Pull-Down CC Model**

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source. Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20. Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

### Table 4-10  DFP CC Termination (Rp) Requirements

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered). Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range. Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

### Table 4-11  UFP CC Termination (Rd) Requirements

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp[1] | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1. The clamp implementation inhibits USB PD communication although the system can start with the clamp and transition to the resistor once it is able to do USB PD.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

## 2.5  VCONN

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9). Initially, the DFP sources VCONN and the source may be swapped using USB PD VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable. VCONN functionally differs from VBUS in that it is isolated from the other end of the cable. VCONN is independent of VBUS and, unlike VBUS which can use USB PD to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 23).

**4.9  Electronically Marked Cables**

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support *USB Power Delivery* Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc. This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit *USB PD* contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit *USB PD* contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).

**Figure 4-34  Electronically Marked Cable with VCONN connected through the cable**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 148).

**Figure 4-35  Electronically Marked Cable with SOP′ at both ends**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).

All SOP* Communications take place over a single wire (CC). This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked. For a product which does not recognize SOP/SOP′ or SOP″ Packets, this will look like a non-idle channel, leading to missed packets and retries. Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP′) and is allowed to respond to packets from the Cable Plug (SOP′) with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP′ Packets. The Sink does not communicate with the Cable Plug and *Discards* any SOP′ Packets received.

When an Explicit Contract is in place the VCONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP′/SOP″ Packets (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets. The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP′/SOP″ Packets received. Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

**Figure 2-2 Example SOP′ Communication between VCONN Source and Cable Plug(s)**

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|---|---|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry. When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP*, *SOP'* or *SOP''*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP'' Communication | Communication with a Cable Plug using SOP'' Packets, also implies that a Message sequence is being followed. |
| SOP'' Packet | Any Power Delivery Packet which starts with an *SOP''* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

71. On information and belief, Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the first conductor, the direct current power to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin is the voltage line that provides DC power to the portable electronic device.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices. As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (V$_{BUS}$) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins. Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle. For reference, the signal pins are labeled.

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |

| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | CC2 | VBUS | TX2− | TX2+ | GND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**2.4  VBUS**

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device.  A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the *USB 2.0* and *USB 3.1* specifications.  The *USB Power Delivery Specification* is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with the USB Type-C connector.  Not all options will be available to the device from all host

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 22).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

72.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the second conductor, a ground reference to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the GND pin provides a ground reference to the portable electronic device.

### 2.3.1 DFP-to-UFP Attach/Detach Detection

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND. Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (VBUS or VCONN) until the DFP detects the presence of an attached device (UFP) port. When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device. When a DFP-to-UFP detach is detected, the port sourcing VBUS removes power.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

**Table 3-4  USB Type-C Receptacle Interface Pin Assignments**

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).



*Figure 1. The USB Type-C receptacle. Image courtesy of Microchip.*



*Figure 2. The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

73.     Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the third conductor, the first signal from the portable electronic device to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  When a portable electronic device was connected to an '087 Accused PD Charger through the USB Type-C cable, the orientation of the connector to the '087 Accused PD Charger is detected first.  The '087 Accused PD Chargers detected the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins.  The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value.  The '087 Accused PD Chargers determined which of the two CC pins are used as the configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in use.  The CC pin used as the configuration channel is the "third conductor" and the voltage signal received at one of the CC pins meeting the threshold requirement ("first signal") from the portable electronic device connected via the full featured USB Type-Cable is determined by the voltage divider signal generated by the Rd resister in the portable electronic devices with the Rp resister in the '087 Accused PD Chargers.

#### 4.5.1.2.1  Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source. Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.

**Figure 4-5  Pull-Up/Pull-Down CC Model**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source. Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20. Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

**Table 4-10  DFP CC Termination (Rp) Requirements**

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered). Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range. Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

272

**Table 4-11  UFP CC Termination (Rd) Requirements**

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp[1] | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1. The clamp implementation inhibits *USB PD* communication although the system can start with the clamp and transition to the resistor once it is able to do *USB PD*.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

74.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, to transfer, via the fourth conductor, the second signal from the data circuitry to the portable electronic device. This element is met literally, or in the alternative, under the doctrine of equivalents.  The CC pin that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor").  The Accused PD Chargers connected to the full-featured USB Type-C cables that are electronically marked.  To connect to an electronically marked USB Type-C cable, the Accused PD Chargers utilized the Vconn pin.  With the electronically marked USB Type-Cable, the CC pin not used for the configuration is used as the Vconn source.  Upon providing the Vconn source, the Accused PD Chargers communicated the SOP* packets with the portable electronic device, which control charging of the batteries in the portable electronic devices. The SOP* includes the SOP communication from the Accused PD Chargers to the portable devices that are attached.  The voltage signal sent at the Vconn pin from the Accused PD Chargers to the portable electronic devices was the "second signal" because this voltage signal enables the SOP* communication that controls charging batteries in the portable electronic devices.

**2.5  VCONN**

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9).  Initially, the DFP sources VCONN and the source may be swapped using *USB PD* VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable.  VCONN functionally differs from VBUS in that it is isolated from the other end of the cable.  VCONN is independent of VBUS and, unlike VBUS which can use *USB PD* to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 23).

**4.9  Electronically Marked Cables**

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support *USB Power Delivery* Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc. This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit *USB PD* contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit *USB PD* contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).

**Figure 4-34  Electronically Marked Cable with VCONN connected through the cable**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 148).

**Figure 4-35  Electronically Marked Cable with SOP′ at both ends**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 147).

All SOP* Communications take place over a single wire (CC).  This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked.  For a product which does not recognize SOP/SOP' or SOP'' Packets, this will look like a non-idle channel, leading to missed packets and retries. Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP') and is allowed to respond to packets from the Cable Plug (SOP') with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP' Packets.  The Sink does not communicate with the Cable Plug and *Discards* any SOP' Packets received.

When an Explicit Contract is in place the VcONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP'/SOP'' Packets (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets.  The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP'/SOP'' Packets received.  Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

**Figure 2-2 Example SOP' Communication between VCONN Source and Cable Plug(s)**



(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|---|---|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry.   When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP, SOP'* or *SOP''*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP'' Communication | Communication with a Cable Plug using SOP'' Packets, also implies that a Message sequence is being followed. |
| SOP'' Packet | Any Power Delivery Packet which starts with an *SOP''* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

75.    Defendant provided a product or power supply system, such as '087 Accused PD Chargers, that has data circuitry that was further configured, in coordination with the first signal, to provide the second signal, the second signal having a parameter level that is usable by the portable electronic device in connection with control of charging a rechargeable battery of the portable electronic device based on the direct current power provided by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  As explained above, a voltage signal meeting the specified threshold value, *i.e.*, the "first signal," is detected at the CC pin used as the configuration channel.  In coordination with this voltage signal, the second signal, *i.e.*, another voltage signal from the Vconn pin was sent from the '087 Accused PD Chargers to the portable electronic devices, which enables the SOP* communication that controls charging a rechargeable battery of the portable electronic device.

### 2.5.3    SOP Communication

SOP Communication is used for Port-to-Port communication between the Source and the Sink. SOP Communication is recognized by both Port Partners but not by any intervening Cable Plugs. SOP Communication takes priority over other SOP* Communications since it is critical to complete power related operations as soon as possible. Message sequences relating to power are also allowed to interrupt other sequences to ensure that negotiation and control of power is given priority on the bus.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 75).

#### 6.4.1.1    Use of the Capabilities Message

##### 6.4.1.1.1    Use by Sources

Sources send a *Source_Capabilities* Message (see Section 6.4.1) either as part of advertising Port capabilities, or in response to a *Get_Source_Cap* Message.

Following a Hard Reset, a power-on event or plug insertion event, a Source Port *Shall* send a *Source_Capabilities* Message after every *SourceCapabilityTimer* timeout as an Advertisement that *Shall* be interpreted by the Sink Port on Attachment. The Source *Shall* continue sending a minimum of *nCapsCount Source_Capabilities* Messages until a *GoodCRC* Message is received.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 146).

### C.    Indirect Infringement

76.    Upon information and belief, Defendant was indirectly infringing by way of inducing infringement and contributing to the infringement of the asserted claims of the '087

patent in the State of Texas, in this District, and elsewhere in the United States, by providing the '087 Accused Chargers for use as described above by Defendant' customers. Defendant advertised, offered for sale, and/or sold the '087 Accused Chargers to its customers for use in a manner that Defendant knew infringed at least one claim of the '087 patent. For example, Defendant advertised and sold the '087 Accused Chargers. Defendant was a direct and indirect infringer, and its customers using the '087 Accused Chargers were direct infringers. Defendant had actual knowledge of the '087 patent at least as early as when they received a letter from Plaintiff sent on September 15, 2023, asserting that the '087 Accused Chargers infringed claims of the '087 patent and they were provided a claim chart that provided evidence of the infringement. Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the notice letter. Defendant has therefore also known that the use of the '087 Accused Chargers by its customers infringed at least one claim of the '087 patent since at least the date they received the letter.

77.     On information and belief, since becoming aware of the '087 patent and of the infringement through advertising and offering for sale the '087 Accused Chargers for use by its customers, Defendant was committing the act of inducing infringement by specifically intending to induce infringement by providing the '087 Accused Chargers to its customers and by aiding and abetting its use in a manner known to infringe by Defendant. Since becoming aware of the infringing use of the '087 Accused Chargers, Defendant knew that the use of the '087 Accused Chargers by its customers as a charger with a portable electronic device (including a rechargeable battery) constituted direct patent infringement. Despite this knowledge, Defendant continued to encourage and induce its customers to use the '087 Accused Chargers to infringe as described above and provided instructions for using the '087 Accused Chargers to infringe, including

through advertisements.  Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '087 patent by its customers.

78.     On information and belief, since Defendant became aware of the acts of infringement at least as of the date of receipt of the notice letter, Defendant was committing the act of contributory infringement by intending to provide the '087 Accused Chargers to its customers knowing that such devices were a material part  of the claimed invention, knowing that its use was made and adapted for infringement of the '087 patent as described above, and further knowing that the accused aspect of the '087 Accused Chargers described above was not a staple article or commodity of commerce suitable for substantially noninfringing use.  As described above, Defendant was aware that all material claim limitations were satisfied by the use and implementation of the '087 Accused Chargers by Defendant's customers in the manner described above yet continued to provide the Accused Chargers to its customers knowing that it was a material part of the claimed invention.  As described above, since learning of the infringement, Defendant knew that the use and implementation of the '087 Accused Chargers by its customers was made and adapted for infringement of the '087 patent.  A new act of direct infringement occurred each time a customer implemented and/or used the '087 Accused Chargers in the manner described above.  After Defendant became aware that the use of the '087 Accused Chargers infringed at least one claim of the '087 patent, Defendant knew that each such new use was made and adapted for infringement of at least one claim of the '087 patent and Defendant continued to advertise and provide the '087 Accused Chargers for such infringing activities.  Furthermore, as described more fully above, the '087 Accused Chargers had functionality designed for use in a system in the manner described above and was therefore not a staple article or commodity of commerce suitable for substantially noninfringing use.

79.    Upon information and belief, Defendant willfully infringed the asserted claims of the '087 patent in Texas, in this District, and elsewhere in the United States.  Defendant had actual knowledge of the '087 patent at least as early as when they received a letter from Plaintiff sent on September 15, 2023, asserting that the '087 Accused Chargers infringed claims of the '087 patent and they were provided a chart of the infringement.   Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the letter.  Defendant has therefore also known that the use of the '087 Accused Chargers by its customers infringed at least one claim of the '087 patent since at least the date they received the letter.  Defendant was informed of its infringement of the '087 patent by way of the September 15, 2023, letter sent to Defendant, including claim charts demonstrating Defendant's infringement.   As a result of the letter, Defendant should have known that its actions constituted an unjustifiably high risk of infringement.  Despite the letter and knowledge that the risk of infringement was either known or so obvious that it should have been known, Defendant continued its infringing actions.

80.    Plaintiff was damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '087 patent, *i.e.*, in an amount that by law cannot be less than a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## VI.   COUNT III
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 10,951,042)

81.    Upon information and belief, Defendant directly infringed claim 1, 5-6, 11,15-16 of the '042 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a product or power supply system comprising power circuitry configured to provide direct current power, such products including, but not limited to, the

following: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation ("'042 Accused Chargers").

82.    Claim 1 of the '042 patent states:

A portable electronic device comprising:

a rechargeable battery;

power circuitry configured to receive direct current and to charge the rechargeable battery; and

data circuitry configured to provide a first signal to a power supply and to receive a second signal from the power supply, the data circuitry and the power circuitry configured to be coupled via a connector to the power supply, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with an interface of the power supply to:

transfer, via the first conductor, the direct current from the power supply,

provide, via the second conductor, a ground reference from the power supply,

communicate, via the third conductor, the first signal from the data circuitry to the power supply, and

communicate, via the fourth conductor, the second signal from the power supply to the data circuitry;

wherein the second signal has a parameter level that is usable by the data circuitry in connection with control of charging the rechargeable battery based on the direct current received by the power circuitry.

(Ex. C at 11:2-25).

### A.    Infringement for Compliance with the Battery Charging (BC) 1.2 specification

83.    Defendant made, used, sold, offered for sale and/or imported a portable electronic device, such as the '042 Accused Chargers comprising a rechargeable battery. This element is met literally, or in the alternative, under the doctrine of equivalents.   For example, Defendant provided a portable electronic device (*e.g.*, the '042 Accused Chargers) with a rechargeable battery and a USB power supply that ships with the devices and acts as a power supply while charging the device's rechargeable battery.  The USB power supply output voltage, current, and power values. Upon information and belief, the USB power supply included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic devices. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 outputs 5V voltage, 1.5A current, and 7.5W power.   USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification. Further, to charge a battery in a portable electronic device, the portable electronic device was connected to the USB power supply. The other end of the USB cable was connected to the charging port of portable electronic device and the power supply was plugged into a standard wall socket.

**HP EliteBook x360 830 G8 Notebook PC**



**Left**

1. Internal Microphones (2)
2. Web cam LED
3. HD and IR Camera (Optional)
4. Camera Shutter
5. IR Camera LEDs (Optional)
6. Ambient Light Sensor
7. Glass Clickpad
8. Smartcard Reader (Optional)
9. Audio Combo Jack
10. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
11. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
12. Nano Security Lock Slot (Lock sold separately)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1. Power Button Key
2. Power Connector
3. HDMI 2.0b Port (Cable not included)
4. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
5. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6. SIM Card Slot (Optional)
7. Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor. Requires 8 GB or more system memory. Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

### SMART CARD READER

| Smart Card Reader (Optional) | Model number | Alcor AU9560 |
|---|---|---|
| | FIPS 201 Compliant | Yes |

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only)[40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter[40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
|---------|-------------|
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50% |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer. Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



**Right**

1. 4.5mm AC Power connector
2. Battery Charging LED
3. HDMI 2.0 (HDMI cable not included)
4. (2) USB Type-C® with Thunderbolt™ 4
5. Nano SIM card slot (optional)[1]
6. Speakers
7. Clickpad
8. Dual point stick with buttons
9. HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm | |
|---|---|---|---|
| | Weight | unit: 250g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles

With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.



- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles

With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.



| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

Data sheet

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere



Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.



| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, Alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
|---|---|
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36];<br>Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch |
| Ports and connectors | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45 ;<br>(HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port

10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

| | | | |
|---|---|---|---|
| 1. | HD Camera (select models only) | 12. | Ethernet port |
| 2. | IR Camera (select models only) | 13. | HDMI port (Cable not included) |
| 3. | Webcam LED (select models only) | 14. | USB 3.1 Gen 1 port |
| 4. | HP Privacy Camera shutter | 15. | Audio combo jack |
| 5. | Internal microphones | 16. | SIM card slot[1] |
| 6. | IR Camera LEDs (select models only) | 17. | Fingerprint sensor (optional) |
| 7 | Ambient light sensor (optional) | 18. | Clickpad |
| 8. | Battery Charging LED | 19. | Pointstick with 2 buttons |
| 9. | Power connector | 20. | HP Collaboration Keyboard |
| 10. | USB Type-C™ with Thunderbolt™ | 21. | Power button |
| 11. | Docking Connector | 22. | Speakers |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).



# QuickSpecs                                    HP ZBook 14u G6 Mobile Workstation

## Overview

**Right**

1. Security lock slot (lock sold separately)
2. Vent

3. USB 3.1 Gen 1 charging port
4. Smart card reader (optional)

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs                                    HP ZBook 14u G6 Mobile Workstation

## Features

### POWER
**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

Technical Specifications – Power

## POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm | | |
|---|---|---|---|---|
| | Weight | unit: 245g +/- 10g | | |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 10V/5A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A" |

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



| | Right |
|---|---|
| 1. 4.5mm AC | 12. HP Privacy Camera Shutter |
| 2. Battery Charging LED | 13. Multi array microphone |
| 3. HDMI 2.0 (HDMI cable not included) | 14. Webcam LED |
| 4. 2 USB Type-C® with Thunderbolt™ 3 | 15. Power button (on keyboard) |
| 5. Nano SIM card slot (optional)[1] | 16. Fingerprint sensor (optional) |
| 6. Speakers | |
| 7. Clickpad | |
| 8. Dual point stick with buttons | |
| 9. HP Premium Keyboard | |
| 10. HD Camera (select models only) | |
| 11. IR Camera (select models only) | |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | Dimensions | 90.0x51x28.5mm | |
|---|---|---|---|
| | Weight | unit: 250g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
|---|---|
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer [26,3] |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

### HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging)<br>Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 [<br>1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 150 W Slim Smart external AC power adapter |
| **Battery type[37,40,44]** | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio. **Product number: 3TR87AA**

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging);<br>Right side: 1 power connector; 1 Mini DisplayPo<br>signaling rate (USB Power Delivery, DisplayPor |
|---|---|
| **Power** | 200 W UltraSlim Smart external AC power adapter; |
| **Battery type** | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3] **Product number: 3TR87AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port
10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| Ports and Connectors | Left side: 1 USB 3.0 (charging) <br> Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ (Thunderbolt™ 3, USB 3.1); 1 HDMI 1.4b |
| --- | --- |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).

 HP Thunderbolt Dock 230W G2



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
Product number: 2UK38AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**



| 1. | 4.5mm AC Power connector | **Right** | |
|---|---|---|---|
| 2. | Battery Charging LED | 12. | IR Camera (select models only) |
| 3. | (1) USB 3.1 Gen 1 Type A | 13. | HP Privacy Camera Shutter |
| 4. | HDMI 2.0 (HDMI cable not included) | 14. | Multi-array microphone |
| 5. | (2) USB Type-C® with Thunderbolt™ 3 | 15. | Webcam LED |
| 6. | Nano SIM card slot (optional)¹ | 16. | Power button (on keyboard) |
| 7 | Speakers | 17. | fingerprint sensor (optional) |
| 8. | Clickpad | | |
| 9. | Dual point stick with buttons | | |
| 10. | HP Premium Keyboard | | |
| 11. | HD Camera (select models only) | | |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. Headphone/microphone combo jack
4. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
|---|---|---|---|
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) | |
| --- | --- | --- | --- |
| | Weight | 0.215kg (0.45 lb) | |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 | |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

Overview

**HP ZBook 17 G5 Mobile Workstation**



**Left View**

1.  Security cable slot
2.  RJ-45/Ethernet
3.  2 USB 3.0
4.  USB 3.0 charging port
5.  SD Card reader
6.  Smart Card Reader



**Right View**

1.  Optical Disk Drive
2.  Stereo microphone in / headphone-out combo jack
3.  Mini DisplayPort™
4.  HDMI 2.0 port
5.  Thunderbolt™ 3 ports
6.  Power connector
7.  Power LED

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
|---|---|---|---|
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³

**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

Datasheet

# HP ZBook 17 G6 Mobile Workstation

## Extreme performance to meet extraordinary demands



Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™<br>(Thunderbolt™ 3, pass through support DispalyPort™ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.*,

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20specs%20pdf

.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet

# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable



HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[6,13,48] |
|---|---|

| Power | 200 W UltraSlim Smart external AC power adapter<sup>20</sup> adapter[20] |
|---|---|
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



**HP Thunderbolt Dock G2 with Combo Cable**

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™ device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet



# HP ZBook Studio G5 Mobile Workstation

## Smaller, faster and brighter than ever

Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.



| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
| --- | --- |
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet

# HP ZBook Studio x360 G5 Convertible Workstation

## HP's most powerful convertible PC

Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.



(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|

| Power | 150 W Slim Smart external AC power adapter |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet 

# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|

| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
|---|---|
| Battery life[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator

Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54] Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet

# HP ZBook x2 G4 Detachable Workstation

## Unleash the power of Adobe® Creative Cloud®



Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.



| Ports and Connectors | Left side: 1 headphone/microphone combo<br>Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |
|---|---|
| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).

313

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,            https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

314

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).

84.    On information and belief, Defendant provided a portable electronic device, such as the '042 Accused Chargers, that comprise power circuitry configured to receive direct current and to charge the rechargeable battery. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, to charge the rechargeable battery of a portable electronic device, a USB cable was connected to the USB power supply acting as a power supply. The other

315

end of the USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the portable electronic device comprised power circuitry to receive DC power from the power supply.

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| **USB Type-C Current @ 1.5 A** | 5 V | 1.5 A | Supports higher power devices |
| **USB Type-C Current @ 3.0 A** | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,        https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

85.      Defendant provided a portable electronic device, such as the '042 Accused Chargers, that comprised a data circuitry configured to provide a first signal to a power supply and to receive a second signal from the power supply. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the portable electronic device comprised data circuitry configured to use the Primary Detection method as described in the USB BC 1.2 specification. Further, during Primary Detection, when the portable electronic device was connected with the power supply through the USB cable, the portable electronic device generated

a D+ signal ("first signal") such that the data circuitry of the portable electronic device provided a

D+ signal ("first signal") to a power supply and receives a D- signal ("second signal") from the

power supply to detect the type of connected power supply (standard downstream port or charging

port).

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 1).

### 3.2.3.2    Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact. This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10 ).

## 3.  Charging Port Detection

### 3.1  Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



Figure 3-1  System Overview

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 6).

**3.2.4   Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1   Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

86.    Defendant provided a portable electronic device, such as the '042 Accused Chargers, comprising the data circuitry and the power circuitry configured to be coupled via a connector to the power supply, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with an interface of the power supply. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the portable electronic device connected to the power supply (USB power supply) through a USB cable. The USB cable had a USB-C connector at one end to detachably mate with the charging port ("power output") of the USB power supply ("power supply"). The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins.

### 3.2.3.2   Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact. This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



Figure 3-1 System Overview

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).

326



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

### 3.2.4 Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1 Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6 Primary Detection, DCP

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

87.    Defendant provided a portable electronic device, such as the '042 Accused Chargers, to transfer, via the first conductor, the direct current from the power supply, provide, via the second conductor, a ground reference from the power supply, communicate, via the third conductor, the first signal from the data circuitry to the power supply, and communicate, via the fourth conductor, the second signal from the power supply to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to the portable electronic device. For example, the GND pin provides a ground reference to the portable electronic device. For example, the D+ pin provides the D+ signal ("first

328

signal") from the portable electronic device to the data circuitry of the power supply and passes the D+ signal through a resistor ($R_{DCP\_DAT}$). For example, the D- pin provides the D- signal ("second signal") from the data circuitry of the power supply to the portable electronic device. The D+ signal and D-signal are separate signals.  The D+ signal originates at the portable electronic device and is received by the power supply.  When the D+ signal passes through the resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable device via the D- pin.  Thus, the D+ signal was received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. To the extent the D- signal (*i.e.*, "second signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal.  The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if  D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 |  | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip*.



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip*.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

88.    Defendant provided a portable electronic device, such as the '042 Accused Chargers, in which the second signal has a parameter level that is usable by the data circuitry in connection with control of charging the rechargeable battery based on the direct current received by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the portable electronic device compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). The data circuitry of the portable electronic device drew current based on the type of power supply to charge the rechargeable battery.

334

## 1.1  Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports.  These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience.  This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 1).

**3.2.4     Primary Detection**

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

**3.2.4.1     Primary Detection, DCP**

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$. Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$. If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip), USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

89.    As discussed above, the '042 Accused Chargers compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port). The data circuitry of the portable electronic device drew current based on the type of power supply to charge the rechargeable battery."

90.    As discussed above, in the '042 Accused Chargers, the parameter level is a voltage signal from the D- pin.

91.    Defendant made, used, sold, offered for sale and/or imported a portable electronic device, such as the '042 Accused Chargers, comprising a rechargeable battery. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, Defendant provided a portable electronic device with a rechargeable battery. Defendant provided USB power with the devices that acts as a power supply while charging the device's battery. The USB power supply output voltage, current, and power values. Upon information and belief, the USB power supply

included circuitry compliant with the Battery Charging (BC) 1.2 specification to charge the portable electronic devices. The Table 2-1 (https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36) and the diagram depicting the power consumed by different USB specifications (https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5) disclose that BC 1.2 outputs 5V voltage, 1.5A current, and 7.5W power. USB-compliant devices at USB 3.0 or above are compatible with the USB BC 1.2 specification. Further, to charge a battery in a portable electronic device, the portable electronic device was connected to the USB power supply. The other end of the USB cable was connected to the charging port of portable electronic device and the power supply was plugged into a standard wall socket.

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| USB 2.0 | 5 V | See USB 2.0 | |
| USB 3.2 | 5 V | See USB 3.2 | |
| USB4 | 5 V | 1.5 A | See Section 5.3. |
| USB BC 1.2 | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| USB PD | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,        https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

# USB battery charging specifications

## Battery Charging Specification Revision 1.2 (BC1.2)

The different port types described in the above section were first defined in the *Battery Charging Specification Revision 1.2* (BC1.2) published in 2010. In addition to the port definitions, BC1.2 specifies primary and secondary charge port detection sequences and port specific performance requirements. These include required operating range, undershoot, detection signaling, and connectors for each port type. Also included are dead, weak, and good battery charge conditions, port shutdown procedures, and other details associated with battery charging.

BC1.2 was published after USB 2.0 but before USB 3.1 and so the information in BC1.2 refers to USB 2.0. The specification is, however, consistent and compatible with USB 3.1.

(*E.g.*, https://www.lightingglobal.org/wp-content/uploads/2017/12/Issue-24_USB-smartphone-charging-final.pdf, page 4).

92.    Defendant provided a portable electronic device, such as the '042 Accused Chargers, that comprised power circuitry configured to receive direct current and to charge the rechargeable battery. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, to charge the rechargeable battery of a portable electronic device, a USB cable was connected to the USB power supply acting as a power supply. The other end of the USB

cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the portable electronic device comprised power circuitry to receive DC power from the power supply.

**Table 2-1  Summary of power supply options**

| Mode of Operation | Voltage | Current | Notes |
|---|---|---|---|
| *USB 2.0* | 5 V | See *USB 2.0* | |
| *USB 3.2* | 5 V | See *USB 3.2* | |
| *USB4* | 5 V | 1.5 A | See Section 5.3. |
| *USB BC 1.2* | 5 V | 1.5 A[1] | Legacy charging |
| USB Type-C Current @ 1.5 A | 5 V | 1.5 A | Supports higher power devices |
| USB Type-C Current @ 3.0 A | 5 V | 3 A | Supports higher power devices |
| *USB PD* | Configurable up to 20 V | Configurable up to 5 A | Directional control and power level management |

(*E.g.*,        https://www.usb.org/sites/default/files/USB%20Type-C%20Spec%20R2.0%20-%20August%202019.pdf, page 36).



(*E.g.*, https://usb.org/sites/default/files/D2T2-1%20-%20USB%20Power%20Delivery.pdf, page 5).

### 3.2.4  Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1  Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

93.    Defendant  provided  a  portable  electronic  device,  such  as  the  '042  Accused Chargers, that comprised a data circuitry configured to provide an output signal to a power supply and to receive an input signal from the power supply. This element is met literally, or in the alternative,  under  the  doctrine  of  equivalents.  For  example,  the  portable  electronic  device comprised data circuitry configured to use the Primary Detection method as described in the USB BC 1.2 specification. Further, during Primary Detection, when the portable electronic device was connected with the power supply through the USB cable, the portable electronic device generated a D+ signal ("output signal") such that the data circuitry of the portable electronic device provided

a D+ signal ("output signal") to a power supply and receives a D- signal ("input signal") from the power supply to detect the type of connected power supply (standard downstream port or charging port).

## 1.2  Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries.  This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle.  This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port.  This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience.  This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 1).

### 3.2.3.2   Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact. This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1  System Overview**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports. A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on V<sub>DP_SRC</sub> and I<sub>DM_SINK</sub>. Since a DCP is required to short D+ to D- through a resistance of R<sub>DCP_DAT</sub>, the PD will detect a voltage on D- that is close to V<sub>DP_SRC</sub>.

A PD shall compare the voltage on D- with V<sub>DAT_REF</sub>. If D- is greater than V<sub>DAT_REF</sub>, then the PD is allowed to detect that it is attached to either a DCP or CDP. A PD is optionally allowed to compare D- with V<sub>LGC</sub> as well, and only determine that it is attached to a DCP or CDP if D- is greater than V<sub>DAT_REF</sub>, but less than V<sub>LGC</sub>. The reason for this option is as follows.

PS2 ports pull D+/- high. If a PD is attached to a PS2 port, and the PD only checks for D- greater than V<sub>DAT_REF</sub>, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw I<sub>DEV_CHG</sub>. This much current could potentially damage a PS2 port. By only determining it is attached to DCP or CDP if D- is less than V<sub>LGC</sub>, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high. If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than V<sub>LGC</sub>, then the PD would determine that it was attached to an SDP, and only be able to draw I<sub>SUSP</sub>.

The choice of whether or not to compare D- to V<sub>LGC</sub> depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

94.     Defendant provided a portable electronic device, such as the '042 Accused Chargers, that comprised the data circuitry and the power circuitry configured to be coupled via a connector to the power supply, the connector comprising a first conductor, a second conductor, a third conductor, and a fourth conductor, the connector configured to be detachably mated with an interface of the power supply. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the portable electronic device connected to the power supply (USB power supply) through a USB cable. The USB cable had a USB-C connector at one end to detachably mate with the charging port ("power output") of the USB power supply ("power supply"). The connector comprises VBUS ("first conductor"), GND ("second conductor"), D+ ("third conductor") and D- ("fourth conductor") pins.

### 3.2.3.2    Problem Description

USB plugs and receptacles are designed such that when the plug is inserted into the receptacle, the power pins make contact before the data pins make contact.  This is illustrated in Figure 3-3.



**Figure 3-3  Data Pin Offset**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 10).

## 3. Charging Port Detection

### 3.1 Overview

Figure 3-1 shows several examples of a PD attached to an SDP or Charging Port.



**Figure 3-1 System Overview**

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 6).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** The USB Type-C receptacle. Image courtesy of Microchip.



**Figure 2.** The USB Type-C plug. Image courtesy of Microchip.

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).



Figure 3-6  Primary Detection, DCP

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

95.    Defendant  provided  a  portable  electronic  device,  such  as  the  '042  Accused Chargers, to transfer, via the first conductor, the direct current power from the power supply, provide, via the second conductor, a ground reference from the power supply, transmit, via the third conductor, the output signal from the data circuitry to the power supply, and receive, via the fourth conductor, the input signal from the power supply to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the VBUS pin provides DC power to the portable electronic device. For example, the GND pin provides a ground reference to the portable electronic device. For example, the D+ pin provides the D+ signal

("output signal") from the portable electronic device to the data circuitry of the power supply and passes the D+ signal through a resistor ($R_{DCP\_DAT}$). For example, the D- pin provides the D- signal ("input signal") from the data circuitry of the power supply to the portable electronic device. The D+ signal and D-signal are separate signals. The D+ signal originates at the portable electronic device and is received by the power supply. When the D+ signal passes through the resistor $R_{DCP\_DAT}$, the resistance causes the voltage to drop, creating a new D- signal to be transmitted to the portable device via the D- pin. Thus, the D+ signal was received by the power supply at one voltage and the D- signal is transmitted to the portable electronic device at a second voltage. To the extent the D- signal (*i.e.*, "input signal") is not found to literally satisfy this claim element because it is a modified signal originating in the portable electronic device, it satisfies this claim element under the doctrine of equivalents. The function of the D- signal is to inform the portable electronic device that the portable electronic device is to receive current from the power supply and charge its battery. Provided the D- signal is of the appropriate voltage, the portable electronic device interprets the D- signal received from the power supply as enabling battery charging regardless of the initial origin of the D- signal. The D- signal therefore performed the same function (informing the portable electronic device that it can receive current from the power supply for the purpose of charging its battery) in the same way (by receiving a signal from the power supply) with the same result (the portable electronic device was able to charge its battery using the current from the power supply).

## Acronyms

| | |
|---|---|
| ACA | Accessory Charger Adapter |
| CDP | Charging Downstream Port |
| DBP | Dead Battery Provision |
| DCD | Data Contact Detect |
| DCP | Dedicated Charging Port |
| FS | Full Speed |
| HS | High-Speed |
| LS | Low-Speed |
| OTG | On-The-Go |
| PC | Personal Computer |
| PD | Portable Device |
| PHY | Physical Layer Interface for High-Speed USB |
| PS2 | Personal System 2 |
| SDP | Standard Downstream Port |
| SRP | Session Request Protocol |
| TPL | Targeted Peripheral List |
| USB | Universal Serial Bus |
| USBCV | USB Command Verifier |
| USB-IF | USB Implementers Forum |
| VBUS | Voltage line of the USB interface |

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page xi).

### 3.2.4   Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is
required to implement Primary Detection.

#### 3.2.4.1   Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,   https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,   USB   Battery   Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$.  Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$.  If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP.  A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$.  The reason for this option is as follows.

PS2 ports pull D+/- high.  If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$.  This much current could potentially damage a PS2 port.  By only determining it is attached to DCP or CDP if  D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high.  If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*, https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip, USB Battery Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

> MINI & MICRO USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | | Not connected, although it can sometimes be ground or used as a presence indicator. |
| 5 | Black | Ground |
| Shell | Drain wire | Shield |

TYPE A & B USB CONNECTOR PIN CONNECTIONS

| PIN | WIRE COLOUR | SIGNAL NAMES |
|---|---|---|
| 1 | Red | Vbus (4.75 - 5.25 V) |
| 2 | White | Data - |
| 3 | Green | Data + |
| 4 | Black | Ground |
| Shell | Drain wire | Shield |



Type A USB connector pinout

(*E.g.*, https://www.electronics-notes.com/articles/connectivity/usb-universal-serial-bus/connectors-pinouts-cables.php).



**Figure 1.** *The USB Type-C receptacle. Image courtesy of Microchip.*



**Figure 2.** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

96.    Defendant provided a portable electronic device, such as the '042 Accused Chargers, that included an input signal that is usable by the data circuitry in connection with control of charging the rechargeable battery based on the direct current received by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents. For example, the portable electronic device compared the D- signal's voltage level with a reference voltage to detect the type of power supply (standard downstream port or charging port).  The data circuitry of the portable electronic device drew current based on the type of power supply to charge the rechargeable battery.

## 1.1 Scope

The Battery Charging Working Group is chartered with creating specifications that define limits as well as detection, control and reporting mechanisms to permit devices to draw current in excess of the USB 2.0 specification for charging and/or powering up from dedicated chargers, hosts, hubs and charging downstream ports. These mechanisms are backward compatible with USB 2.0 compliant hosts and peripherals.

## 1.2 Background

The USB ports on personal computers are convenient places for Portable Devices (PDs) to draw current for charging their batteries. This convenience has led to the creation of USB Chargers that simply expose a USB standard-A receptacle. This allows PDs to use the same USB cable to charge from either a PC or from a USB Charger.

If a PD is attached to a USB host or hub, then the USB 2.0 specification requires that after connecting, a PD must draw less than:

- 2.5 mA average if the bus is suspended
- 100 mA if bus is not suspended and not configured
- 500 mA if bus is not suspended and configured for 500 mA

If a PD is attached to a Charging Port, (i.e. CDP, DCP, ACA-Dock or ACA), then it is allowed to draw $I_{DEV\_CHG}$ without having to be configured or follow the rules of suspend.

In order for a PD to determine how much current it is allowed to draw from an upstream USB port, there need to be mechanisms that allow the PD to distinguish between a Standard Downstream Port and a Charging Port. This specification defines just such mechanisms.

Since PDs can be attached to USB chargers from various manufacturers, it is important that all provide an acceptable user experience. This specification defines the requirements for a compliant USB charger, which is referred to in this spec as a USB Charger.

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging

Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012,

Page 1).

### 3.2.4    Primary Detection

Primary Detection is used to distinguish between an SDP and different types of Charging Ports.  A PD is required to implement Primary Detection.

#### 3.2.4.1    Primary Detection, DCP

Figure 3-6 shows how Primary Detection works when a PD is attached to a DCP.



**Figure 3-6  Primary Detection, DCP**

(*E.g.*,  https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,  USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 14).

During Primary Detection the PD shall turn on $V_{DP\_SRC}$ and $I_{DM\_SINK}$.  Since a DCP is required to short D+ to D- through a resistance of $R_{DCP\_DAT}$, the PD will detect a voltage on D- that is close to $V_{DP\_SRC}$.

A PD shall compare the voltage on D- with $V_{DAT\_REF}$.  If D- is greater than $V_{DAT\_REF}$, then the PD is allowed to detect that it is attached to either a DCP or CDP.  A PD is optionally allowed to compare D- with $V_{LGC}$ as well, and only determine that it is attached to a DCP or CDP if D- is greater than $V_{DAT\_REF}$, but less than $V_{LGC}$.  The reason for this option is as follows.

PS2 ports pull D+/- high.  If a PD is attached to a PS2 port, and the PD only checks for D- greater than $V_{DAT\_REF}$, then a PD attached to a PS2 port would determine that it is attached to a DCP or CDP and proceed to draw $I_{DEV\_CHG}$.  This much current could potentially damage a PS2 port.  By only determining it is attached to DCP or CDP if  D- is less than $V_{LGC}$, the PD can avoid causing damage to a PS2 port.

On the other hand, some proprietary chargers also pull D+/- high.  If a PD is attached to one of these chargers, and it determined it was not attached to a charger because D- was greater than $V_{LGC}$, then the PD would determine that it was attached to an SDP, and only be able to draw $I_{SUSP}$.

The choice of whether or not to compare D- to $V_{LGC}$ depends on whether the PD is more likely to be attached to a PS2 port, or to a proprietary charger.

(*E.g.*,    https://www.usb.org/sites/default/files/BCv1.2_070312_0.zip,    USB  Battery  Charging Specification (Including errata and ECNs through March 15, 2012), Revision 1.2, March 15, 2012, Page 15).

97.    As discussed above, the '042 Accused Chargers compared the D- signal's voltage ("parameter") level with a reference voltage to detect the type of power supply (standard downstream port or charging port).  The data circuitry of the portable electronic device drew current based on the type of power supply to charge the rechargeable battery.

98.    As discussed above, in the '042 Accused Chargers, the parameter level is a voltage signal from the D- pin.

**B.    Infringement for Compliance with the Power Delivery Standard**

99.    Upon information and belief, Defendant directly infringed claim 1, 5-6, 11, and 15-16 of the '042 patent (in Texas, and elsewhere in the United States), by making, using, selling, offering for sale and/or importing a product or power supply system comprising power circuitry configured to provide direct current power, such products including: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile

Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation which comply with Universal Serial Bus Power Delivery Specification, Revision 2.0 January 2017. ("'042 Accused PD Chargers").

100.    Defendant made, used, sold, offered for sale and/or imported a portable electronic device, such as the '042 Accused PD Chargers, comprising a rechargeable battery.  This element is met literally, or in the alternative, under the doctrine of equivalents.   For example, Defendant provided '042 Accused PD Chargers.  Each '042 Accused PD Charger included a USB-C port with Power Delivery, through which the '042 Accused PD Chargers device could charge batteries of portable electronic devices using a full featured USB Type-C cable.  The '042 Accused PD Chargers were configured to connect to charging devices through a full featured USB Type-C cable to receive DC power.  Further, the USB-C ports of the '042 Accused PD Chargers were compliant with at least Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014 (along with other subsequent revisions of Type-C specification), and Universal Serial Bus Power Delivery Specification, Revision 1.0 January 2017.

## HP EliteBook x360 830 G8 Notebook PC



**Left**

1. Internal Microphones (2)
2. Web cam LED
3. HD and IR Camera (Optional)
4. Camera Shutter
5. IR Camera LEDs (Optional)
6. Ambient Light Sensor
7. Glass Clickpad
8. Smartcard Reader (Optional)
9. Audio Combo Jack
10. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
11. Super Speed USB Type-A 5Gbps signaling rate (1 charging) (USB 3.2 Gen 1)
12. Nano Security Lock Slot (Lock sold separately)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).



**Right**

1. Power Button Key
2. Power Connector
3. HDMI 2.0b Port (Cable not included)
4. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
5. Thunderbolt™ 4 USB4™ Type-C® 40 Gbps USB Power Delivery DisplayPort™ 2.1 [1]
6. SIM Card Slot (Optional)
7. Touch fingerprint Sensor (Select models)

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# QuickSpecs

**HP EliteBook x360 830 G8 Notebook PC**

## Technical Specifications

52. Secured-core PC capable requires an Intel vPro or AMD Ryzen Pro processor. Requires 8 GB or more system memory. Secured-core PC functionality can be enabled from the factory.
55. HP Client Security Manager Gen7 requires Windows and is available on the select HP Elite and Pro PCs.
56. HP Smart Support is available to commercial customers through your HP Service Representative and HP Factory Configuration Services; or it can be downloaded at: http://www.hp.com/smart-support. HP Smart Support automatically collects the telemetry necessary upon initial boot of the product to deliver device-level configuration data and health insights.

### SMART CARD READER

| Smart Card Reader (Optional) | Model number | Alcor AU9560 |
|---|---|---|
| | FIPS 201 Compliant | Yes |

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter [40]
HP Smart 45 W External AC power adapter, 2-prong (Japan only)[40]
HP Smart 65 W External AC power adapter [40]
HP Smart 65 W EM External AC power adapter[40]
HP 65 W Slim USB Type-C AC power adapter [40]
HP 65 W USB Type-C AC power adapter

**Primary Battery**
HP Long Life 3-cell, 53 Wh Li-ion [41,51]

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06969250.pdf).

# HP EliteBook 840 G8 Notebook PC Specifications



(*E.g.*, https://support.hp.com/za-en/document/c06978058).

| Feature | Description |
|---------|-------------|
| Ports | (2) USB Thunderbolt 4 Type-C ports with USB4 support (SuperSpeed USB 20 Gbps is not available) |
| | (2) USB 3.2 Gen 1 Type-A ports (1 Charging) |
| | (1) Headphone/microphone combo jack |
| | (1) AC power port |
| | (1) HDMI 2.0 (cable sold separately) |
| | (1) AC Power input port |
| Power supply | HP Smart 65 W EM External AC power adapter |
| | HP Smart 65 W USB Type-C adapter |
| Primary battery | HP Long Life 3-cell, 56 Wh Li-ion |
| | Support HP Fast Charge (up to 50% |
| | NOTE: Actual battery Watt-hours temperature, system configurati customer, Serviceable by warran |

(*E.g.*, https://support.hp.com/za-en/document/c06978058).

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**



1.  4.5mm AC Power connector
2.  Battery Charging LED
3.  HDMI 2.0 (HDMI cable not included)
4.  (2) USB Type-C® with Thunderbolt™ 4
5.  Nano SIM card slot (optional)[1]
6.  Speakers
7.  Clickpad
8.  Dual point stick with buttons
9.  HP Premium Keyboard
10. HD Camera (select models only)
11. IR Camera (select models only)

**Right**

12. HP Privacy Camera Shutter
13. Multi array microphone
14. Webcam LED
15. Power button (on keyboard)
16. Fingerprint sensor (optional)

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A

4. Headphone/microphone combo jack
5. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Features

**POWER**

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2,4]

HP Smart 65 W External AC Power Adapter[3]
HP Smart 45 W External AC Power Adapter

# QuickSpecs

**HP ZBook Firefly 14 Inch G8 Mobile Workstation**

Technical Specifications – Power

| AC Adapter 65 Watt nPFC Standard USB Type-C® Straight 1.8m | Dimensions | 90.0x51x28.5mm | | |
| | Weight | unit: 250g +/- 10g | | |
| | Input | | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetDocument.aspx?docname=c06977950).

# HP ProBook 440 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 440 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

- Easily stay connected even when a LAN connection is needed thanks to a built-in RJ-45 port. Connect your devices with two USB Type-A ports and enjoy the speed and versatility of the USB Type-C® 3.1 Gen 2 port.

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer[34] |
| Battery life | Up to 12 hours and 45 minutes[45] |

(*E.g.*, https://cdn.competec.ch/documents2/5/2/4/209032425/209032425.pdf).

Datasheet

# HP ProBook 450 G8 Notebook PC



## Modern design for today's workstyles



With a new compact design, the HP ProBook 450 Laptop PC delivers commercial performance, security, and durability to professionals at growing companies who move from desk to meeting room to home.

| Ports and Connectors | 3 Super Speed USB Type-A 5Gbps signaling rate (1 charging, 1 power); 1 SuperSpeed USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power (HDMI cable sold separately.) |
|---|---|

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

| Power | HP Smart 65 W External AC power adapter; HP Smart 45 W External AC power adapter; HP Smart 65 W USB Type-C® adapter[37] |
|---|---|
| Battery type | HP Long Life 3-cell, 45 Wh polymer |
| Battery life | Up to 12 hours and 30 minutes[45] |

(*E.g.*, https://media.flixcar.com/f360cdn/HP-5037710409-c06724823.pdf).

Data sheet 

# HP Pro x360 Fortis 11 inch G9 Notebook PC

## Rugged and versatile x360 design for productivity everywhere



Get right to the task at hand with the confidence that the ruggedized HP Pro x360 Fortis will keep up with you—however, wherever, whenever. This x360 features robust online collaboration and productivity tools to help complete your daily activities.

| Ports and Connectors | 2 SuperSpeed USB Type-A 5Gbps signaling rate; 1 SuperSpeed USB Type-C® 5Gbps signaling rate (USB Power Delivery, Alt-mode DisplayPort™ 1.2); 1 RJ-45; 1 headphone/microphone combo; 1 HDMI 1.4b; 1 AC power ; (HDMI cable sold separately.) |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747894_1673381420_2783_9175.pdf).

Datasheet

# HP ProBook Fortis 14 inch G9 Notebook PC

## Ruggedly engineered for productivity everywhere

| | |
|---|---|
| Power | HP Smart 45 W External AC power adapter; HP Smart 45 W USB Type-C® adapter[23,36] |
| Battery type | HP Long Life 3-cell, 42 Wh Li-ion polymer[22,36]; Battery is internal and not replaceable by customer. Serviceable by warranty. Fast ch |
| Ports and connectors | 1 USB Type-C® 5Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.2); 2 USB Type-A 5Gbps signaling rate; 1 AC power; 1 HDMI 1.4b; 1 stereo headphone/microphone combo jack; 1 RJ-45; (HDMI cable sold separately.) |

(*E.g.*, https://objects.icecat.biz/objects/mmo_96747891_1721058115_359_24271.pdf).

**HP ZBook 14u G5 Mobile Workstation**



**Front**

| | |
|---|---|
| 1. HD Camera (Select models only) | 10. HDMI port (Cable not included) |
| 2. IR Camera (Select models only) | 11. USB 3.1 Gen 1 port |
| 3. Webcam LED (Select models only) | 12. Audio combo jack |
| 4. Internal microphones | 13. SIM card slot[1] |
| 5. IR Camera LEDs (Select models only) | 14. Fingerprint reader |
| 6. Power connector | 15. Clickpad |
| 7. USB Type-C™ with Thunderbolt™ | 16. Pointstick |
| 8. Docking connector | 17. HP Collaboration Keyboard |
| 9. Ethernet port | |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).



**Left**

1. 1 USB 3.0 (charging)
2. 1 smart card reader
3. Security lock slot

# QuickSpecs

**HP ZBook 14u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42
65 W USB Type-C™ adapter42
HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (50 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401645.pdf).

**HP ZBook 14u G6 Mobile Workstation**



**Left**

| | |
|---|---|
| 1. HD Camera (select models only) | 12. Ethernet port |
| 2. IR Camera (select models only) | 13. HDMI port (Cable not included) |
| 3. Webcam LED (select models only) | 14. USB 3.1 Gen 1 port |
| 4. HP Privacy Camera shutter | 15. Audio combo jack |
| 5. Internal microphones | 16. SIM card slot[1] |
| 6. IR Camera LEDs (select models only) | 17. Fingerprint sensor (optional) |
| 7. Ambient light sensor (optional) | 18. Clickpad |
| 8. Battery Charging LED | 19. Pointstick with 2 buttons |
| 9. Power connector | 20. HP Collaboration Keyboard |
| 10. USB Type-C™ with Thunderbolt™ | 21. Power button |
| 11. Docking Connector | 22. Speakers |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).



# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

## Overview

**Right**

1. Security lock slot (lock sold separately)
2. Vent
3. USB 3.1 Gen 1 charging port
4. Smart card reader (optional)

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook 14u G6 Mobile Workstation**

## Features

### POWER

**Power Supply**
Up to 14 hours[1]

HP Long Life 3-cell, 50 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook  14u G6 Mobile Workstation**

Technical Specifications – Power

## POWER

| AC Adapter 65 Watt nPFC USB type C | Dimensions | 74x74x28.5mm | |
|---|---|---|---|
| | Weight | unit: 245g +/- 10g | |
| | Input | Input Efficiency | " 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 10V/5A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A" |

(*E.g.*, https://www.micom.mx/storage/recursos/Ficha%20T%C3%A9cnica%208DQ43LA.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 14 G7 Mobile Workstation**



| | | | **Right** | |
|---|---|---|---|---|
| 1. | 4.5mm AC | | 12. | HP Privacy Camera Shutter |
| 2. | Battery Charging LED | | 13. | Multi array microphone |
| 3. | HDMI 2.0 (HDMI cable not included) | | 14. | Webcam LED |
| 4. | 2 USB Type-C® with Thunderbolt™ 3 | | 15. | Power button (on keyboard) |
| 5. | Nano SIM card slot (optional)[1] | | 16. | Fingerprint sensor (optional) |
| 6. | Speakers | | | |
| 7 | Clickpad | | | |
| 8. | Dual point stick with buttons | | | |
| 9. | HP Premium Keyboard | | | |
| 10. | HD Camera (select models only) | | | |
| 11. | IR Camera (select models only) | | | |

[1]All units have a SIM card slot and icon but units that do not support WWAN are shipped with a non-removable SIM slot plug

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. (1) USB 3.1 Gen 1 Type A
4. Headphone/microphone combo jack
5. HP Smart Card Reader

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Features

## POWER

**Power Supply**
Up to 23 hours[1]

HP Long Life 3-cell, 53 Wh Li-ion polymer[2]

# QuickSpecs

**HP ZBook Firefly 14 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Standard USB-C® Straight 1.8m) | Dimensions | 90.0x51x28.5mm | |
| --- | --- | --- | --- |
| | Weight | unit: 250g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/GetPDF.aspx/c06647615.pdf).

# HP ZBook 15 G5 Mobile Workstation

## HP's best-selling ZBook

Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.0; 1 USB 3.0 (charging) Right side: 1 HDMI 2.0; 1 headphone/microphone combo; |
| --- | --- |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type | HP Long Life 4-cell, 90 Wh Li-ion polymer [26,3] |

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with HP's most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_61042830_1575029573_3523_30239.pdf).

Datasheet

# HP ZBook 15 G6 Mobile Workstation

## HP's best-selling ZBook



Our powerhouse ZBook thrives with heavy workloads from rendering to engineering to simulation. With room to grow, it's the only machine you'll ever need.

| | |
|---|---|
| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1; 1 USB 3.1 Gen 1 (charging) Right side: 1 power connector; 1 USB 3.1 Gen 1; 1 HDMI 2.0b; 1 I 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
| Power | 150 W Slim Smart external AC power adapter |
| Battery type[37,40,44] | HP Long Life 4-cell, 90 Wh Li-ion polymer |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability , it delivers USB-C™ device connectivity and optional integrated audio.
Product number: 3TR87AA

(*E.g.*, https://www.bhphotovideo.com/lit_files/559156.pdf).

# HP ZBook Fury 15 G7 Mobile Workstation

| | |
|---|---|
| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); Right side: 1 power connector; 1 Mini DisplayP signaling rate (USB Power Delivery, DisplayPor |
| Power | 200 W UltraSlim Smart external AC power adapter; |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer[37] |



HP Thunderbolt Dock G2 with Combo Cable

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³
Product number: 3TR87AA

(*E.g.*, https://objects.icecat.biz/objects/mmo_85755513_1624367355_385_25402.pdf).

**HP ZBook 15u G5 Mobile Workstation**



**Front**

1. HD Camera (Select models only)
2. IR Camera (Select models only)
3. Webcam LED (Select models only)
4. Internal microphones
5. IR Camera LEDs (Select models only)
6. Power connector
7. USB Type-C™ with Thunderbolt™
8. Docking connector
9. Ethernet port
10. HDMI port (Cable not included)
11. USB 3.1 Gen 1 port
12. Audio combo jack
13. SIM card slot[1]
14. Fingerprint reader
15. Clickpad
16. Pointstick
17. HP Collaboration Keyboard

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).



**Left**

1.  1 USB 3.0 (charging)
2.  1 smart card reader
3.  Security lock slot

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

Overview



**Right**

4. 1 headphone/microphone combo
5. 1 power connector
6. 1 UHS-II SD card reader
7. 1 Ethernet port (RJ-45)

8. 1 USB 3.0
9. 1 Thunderbolt 3™
10. 1 HDMI port
11. Side Docking connector

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

# QuickSpecs

**HP ZBook 15u G5 Mobile Workstation**

## Features

### POWER

**Power Supply**
HP Smart 45 W External AC power adapter42
HP Smart 45 W External AC power adapter, 2-prong (Japan only)42
HP Smart 65 W External AC power adapter42
HP Smart 65 W EM External AC power adapter42
45 W USB Type-C™ adapter42

65 W USB Type-C™ adapter42

HP 65W Slim Smart AC Adapter

**Primary Battery**
HP Long Life 3-cell Lithium Polymer Battery (56 WHr) supporting HP Fast Charge Technology

(*E.g.*, https://www.bhphotovideo.com/lit_files/401646.pdf).

Datasheet

# HP ZBook 15u G6 Mobile Workstation

## ZBook performance, smaller than ever

Our thinnest, lightest 15" ZBook ever provides true portability for people who push their typical office computer past the breaking point. Whether in the office or out in the field, you have room to work with a large screen and full-size numeric keypad.



| Ports and Connectors | Left side: 1 USB 3.0 (charging)<br>Right side: 1 headphone/microphone combo; 1 power connector; 1 RJ-45; Ultra Slim Dock Connector; 1 USB Type-C™ (Thunderbolt™ 3, USB 3.1); 1 HDMI 1.4b |
| --- | --- |
| Power | HP Smart 65 W External AC Power Adapter; HP Smart 45 W External AC Power Adapter |
| Battery type | HP Long Life 3-cell, 56 Wh Li-ion polymer [30] |

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).





HP Thunderbolt Dock 230W G2

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.²

**Product number: 2UK38AA**

(*E.g.*, https://objects.icecat.biz/objects/mmo_71304200_1560125014_5375_29154.pdf).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview

**HP ZBook Firefly 15 G7 Mobile Workstation**



| | |
|---|---|
| 1. 4.5mm AC Power connector | **Right** |
| 2. Battery Charging LED | 12. IR Camera (select models only) |
| 3. (1) USB 3.1 Gen 1 Type A | 13. HP Privacy Camera Shutter |
| 4. HDMI 2.0 (HDMI cable not included) | 14. Multi-array microphone |
| 5. (2) USB Type-C® with Thunderbolt™ 3 | 15. Webcam LED |
| 6. Nano SIM card slot (optional)¹ | 16. Power button (on keyboard) |
| 7. Speakers | 17. fingerprint sensor (optional) |
| 8. Clickpad | |
| 9. Dual point stick with buttons | |
| 10. HP Premium Keyboard | |
| 11. HD Camera (select models only) | |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Overview



**Left**

1. Nano security lock slot (cable lock sold separately)
2. (1) USB 3.1 Gen 1 Type A charging port
3. Headphone/microphone combo jack
4. HP Smart Card Reader (optional)

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook Firefly 15 G7 Mobile Workstation**

Technical Specifications – Power

| HP 65W Smart AC Adapter (nPFC Slim USB-C® Straight 1.8m) | Dimensions | 88x53.5x21mm | |
|---|---|---|---|
| | Weight | unit: 220g +/- 10g | |
| | Input | Input Efficiency | 81.5% min at 115 Vac/ 230Vac @ 5V/3A |
| | | | 86.7% min at 115 Vac/ 230Vac @ 9V/3A |
| | | | 88% min at 115 Vac/ 230Vac @ 12V/5A |
| | | | 89% min at 115 Vac/ 230Vac @ 15V/4.33A |
| | | | 89% min at 115 Vac/ 230Vac @ 20V/3.25A |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

| HP 3-cell Long Life Battery (56 WHr) supporting HP Fast Charge | Dimensions (H x W x L) | 7.0 x 66.5 x 276.3 mm (0.275 x 2.618 x 10.877 inch) |
|---|---|---|
| | Weight | 0.215kg (0.45 lb) |
| | Cells/Type | 3cell Lithium-Ion Polymer cell / 615383 |
| | Energy | Voltage | 11.55V |
| | | Amp-hour capacity | 4.59Ah |
| | | Watt-hour capacity | 56Wh |

(*E.g.*, https://h20195.www2.hp.com/v2/getdocument.aspx?docname=c06647621).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

Overview

**HP ZBook 17 G5 Mobile Workstation**



**Left View**

1. Security cable slot
2. RJ-45/Ethernet
3. 2 USB 3.0
4. USB 3.0 charging port
5. SD Card reader
6. Smart Card Reader



**Right View**

1. Optical Disk Drive
2. Stereo microphone in / headphone-out combo jack
3. Mini DisplayPort™
4. HDMI 2.0 port
5. Thunderbolt™ 3 ports
6. Power connector
7. Power LED

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

# QuickSpecs

**HP ZBook 17 G5 Mobile Workstation**

## Technical Specifications – Environmental

| HP Long Life 6-cell Prismatic Battery (96 WHr) | Dimensions (H x W x L) | 9.9x3.26x0.726 in (25.16x8.29x1.844cm) | |
| --- | --- | --- | --- |
| | Weight (max) | 1.12lb (420g) | |
| | Cells/Type | 6-cell; Polymer | |
| | Energy | Voltage | 11.4V |
| | | Amp-hour capacity | 8.42Ah |
| | | Watt-hour capacity | 96Wh |
| | Temperature | Operating (Charging) | 32° to 113° F (0° to 45° C) |
| | | Operating (Discharging) | 14° to 140° F (-10° to 60° C) |
| | | Non-operating | -4° to 140° F (-20° to 60° C) |
| | Battery Re-Charge Time | System in OFF or Standby Mode | 3 hours |
| | | System ON | 3 to 5 hours |

(*E.g.*, https://intercadsys.com/uploads/brochure/HP_ZBOOK_17%20G5.pdf).

---

**HP Thunderbolt Dock 230W G2**



Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability¹, it delivers USB-C™² device connectivity and optional integrated audio.³

**Product number: 2UK38AA**

---

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4621486481-4aa7-2374eeap.pdf).

Datasheet

# HP ZBook 17 G6 Mobile Workstation

## Extreme performance to meet extraordinary demands



Our flagship ZBook is our ultimate laptop for those who need desktop performance on the go. Edit multiple content streams, manipulate complex data and develop in virtual reality—all on an impressive 17-inch diagonal screen.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 1 headphone/microphone combo; 2 USB Type-C™ (Thunderbolt™ 3, pass through support DispalyPort™ 1.4, USB 3.1 Gen 2, with BC 1.2)[6,15,48] |
|---|---|
| **Power** | 200 W Slim Smart external AC power adapter |
| **Battery type** | HP Long Life 6-cell, 95.6 Wh Li-ion polymer [37] |

(*E.g.*,

https://www.pocitace24.cz/user/documents/upload/manuals/HP%20ZBook%2017%20G6%20specs%20pdf

.pdf?srsltid=AfmBOorKe5nmDq6AOwNhpy_IGLeAzS96UpeHdi09H5C8qlcrnaZ1wwkP).

Datasheet

# HP ZBook Fury 17 G7 Mobile Workstation

## Ultimate Z performance just got more portable



HP's thinnest and most powerful 17" performance mobile workstation packs the relentless power of our ultimate Zbook into a dramatically smaller design. Create, render, edit, and simulate with ease. Visualize complex datasets in the field. Incredible performance has never been so portable.



| Ports and Connectors | Left side: 1 RJ-45; 1 USB 3.1 Gen 1 (charging); 2 USB 3.1 Gen 1; 1 headphone/microphone combo<br>Right side: 1 power connector; 1 Mini DisplayPort™ 1.4; 1 HDMI 2.0b; 2 Thunderbolt™ 3 (40Gbps signaling rate) with SuperSpeed USB Type-C®<br>10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge)[6,13,48] |
|---|---|
| Power | 200 W UltraSlim Smart external AC power adapter[20] |
| Battery type | HP Long Life 8-cell, 94 Wh Li-ion polymer [37] |



**HP Thunderbolt Dock G2 with Combo Cable**

Reinvent docking and boost productivity with our most versatile Thunderbolt™ dock, the small, sophisticated HP Thunderbolt Dock G2. Designed for workspace flexibility and network manageability[1], it delivers USB-C™[2] device connectivity and optional integrated audio.[3]
Product number: 3TR87AA

(*E.g.*, https://media.flixcar.com/f360cdn/HP-4998950334-4aa7-8416eeap.pdf).

Datasheet



# HP ZBook Studio G5 Mobile Workstation

## Smaller, faster and brighter than ever



Get the perfect blend of ultra-slim design & pro-grade performance in the new HP ZBook Studio. Remove limitations from your creative workflow with fast editing and rendering, and bring your ideas to life on HP's brightest 4K UHD laptop[1] display.

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [25,33] |

(*E.g.*, https://www.bhphotovideo.com/lit_files/507155.pdf).

Datasheet

# HP ZBook Studio x360 G5 Convertible Workstation

## HP's most powerful convertible PC



Reimagine your creative process with a versatile laptop that gives you the latest convertible design you'll want with the pro-grade performance you need. Showcase your work like never before with five unique modes.

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

| Ports and Connectors | Left side: 1 USB 3.0; 1 USB 3.0 (charging)<br>Right side: 1 HDMI 2.0; 1 headphone/microphone combo; 1 power connector; 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.3) |
|---|---|

| Power | 150 W Slim Smart external AC power adapter |
|---|---|
| Battery type | HP Long Life 6-cell, 95.6 Wh Li-ion polymer; HP Long Life 4-cell, 64 Wh Li-ion polymer [26,31] |



**HP USB-C Universal Dock**

Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Transform your HP notebook or tablet into a complete desktop experience with the HP USB-C Universal Dock, which delivers USB-C™ charging[1] and connections for your network, dual 4K displays, and accessories with one cable connection. Bringing powerful, intelligently engineered workstations to power users who demand IT that performs – with uncompromising graphics and speed. HP Workstations are easy-to-buy, quick-to-deploy and simple-to-maintain solutions that support businesses, grow with complex needs and anticipate challenges.
Product number: 1MK33AA

(*E.g.*, http://h10032.www1.hp.com/ctg/Manual/c06040448.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator



Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.

| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54]<br>Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
|---|---|

| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |
|---|---|
| Battery life[44] | Up to 18 hours |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).

Datasheet



# HP ZBook Studio G7 Mobile Workstation

## The new standard for the serious creator

Real-time rendering. Sleek design. An impressive combination of power and size. Ready for a workflow revolution? With NVIDIA® Quadro® graphics combined with the remarkable power of Z, pro-grade performance has never looked or felt better.



| | |
|---|---|
| Ports and Connectors | Right side: 1 power connector; 1 HDMI or 1 Mini DisplayPort™; 2 SuperSpeed USB Type-C® 10Gbps signaling rate[12,13,52,54] <br> Left side: 1 headphone/microphone combo; 1 SuperSpeed USB Type-A 5Gbps signaling rate (charging) |
| Power[48] | HP Smart 150 W External AC Power Adapter; HP Slim Smart 200 W External AC Power Adapter |
| Battery type[47] | HP Long Life 6-cell, 83 Wh Li-ion polymer |

(*E.g.*, https://h20195.www2.hp.com/v2/getpdf.aspx/4AA7-7257ENUC.pdf).



**Datasheet**

# HP ZBook x2 G4 Detachable Workstation

## Unleash the power of Adobe® Creative Cloud®

Introducing HP's most powerful detachable PC. With remarkable performance and versatility to push your favorite Adobe® applications to the limit, no PC is better suited to turn your vision into reality.



| Ports and Connectors | Left side: 1 headphone/microphone combo<br>Right side: 1 power connector; 1 HDMI 1.4; 1 USB 3.0 (charging); 2 USB 3.1 Type-C™ Thunderbolt™ 3 (DisplayPort™ 1.2) |
|---|---|
| **Battery type** | HP Long Life 4-cell, 70 Wh Li-ion polymer |
| **Battery life** | Up to 10 hours[23] |

(*E.g.*, https://www.itsmartbuys.com/datasheets/ZBook/x2.pdf).

101.    On information and belief, Defendant provided a portable electronic device, such as the '042 Accused PD Chargers, comprising power circuitry configured to receive direct current and to charge the rechargeable battery. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, to charge the rechargeable battery of a portable electronic device, a USB cable was connected to the USB power supply acting as a power supply. The other end of the USB cable was connected to the charging port of the portable electronic device and the power supply was plugged into a standard wall socket. Therefore, the portable electronic device comprised power circuitry to receive DC power from the power supply.

102.    Defendant provided a portable electronic device, such as the '042 Accused PD Chargers, that comprised a data circuitry configured to provide a first signal to a power supply and to receive a second signal from the power supply. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the '042 Accused PD Chargers comprised data circuitry as described in the Universal Serial Bus Type-C Cable and Connector Specification and Universal Serial Bus Power Delivery Specification.   The '042 Accused PD Chargers were configured to connect to power supplies through a USB cable.  The USB cable has a connector of the type including but not limited to USB-C at one end to detachably mate with the charging port of a power supply.   The connector comprises VBUS ("first conductor"), GND ("second conductor"), and two Configuration Channel conductors, *i.e.*, CC1/CC2 ("third conductor" / "fourth conductor").  The USB Type-C connector mating the USB Type-C charging port of the '042 Accused PD Chargers are designed to be used without regard to orientation.  When an '042 Accused PD Charger is connected to a power supply through the full featured USB Type-C cable, the orientation of the connector to the power supply is detected first.  The power supply detects the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins.  The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value. The power supply determines which of the two CC pins are used as a configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in use.  The CC pin used as a configuration channel is the "third conductor" and the voltage signal ("first signal") received at one of the CC pin meeting the threshold requirement from the '042 Accused PD Charger connected via the full featured USB Type-Cable is determined by the voltage divider signal generated by the Rd resister in the '042 Accused PD Charger with the Rp resister in the power supply.  The CC pin

that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor"). The power supply connects to the full-featured USB Type-C cable that is electronically marked. To connect to an electronically marked USB Type-C cable, the power supply utilizes the Vconn pin. With the electronically marked USB Type-Cable, the CC pin not used as the configuration channel is used as the Vconn source. Upon providing the Vconn signal to the '042 Accused PD Charger, the power supply communicates the SOP/SOP'/SOP'' (SOP*) packet with the '042 Accused PD Charger that was used to control the power delivery from the power supply to the '042 Accused PD Charger. The SOP* includes the SOP communication from the power supply to the '042 Accused PD Charger that is attached. The voltage signal at the Vconn pin sent from the power supply to the '042 Accused PD Charger is the "second signal" because the Vconn signal enables the SOP* communication that controls charging the battery in the '042 Accused PD Charger.

Table 3-4  USB Type-C Receptacle Interface Pin Assignments

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|---|---|---|---|---|---|---|---|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |
| A2 | SSTXp1 | Positive half of first SuperSpeed TX differential pair | Second | B11 | SSRXp1 | Positive half of first SuperSpeed RX differential pair | Second |
| A3 | SSTXn1 | Negative half of first SuperSpeed TX differential pair | Second | B10 | SSRXn1 | Negative half of first SuperSpeed RX differential pair | Second |
| A4 | V_BUS | Bus Power | First | B9 | V_BUS | Bus Power | First |
| A5 | CC1 | Configuration Channel | Second | B8 | SBU2 | Sideband Use (SBU) | Second |
| A6 | Dp1 | Positive half of the USB 2.0 differential pair – Position 1 | Second | B7 | Dn2 | Negative half of the USB 2.0 differential pair – Position 2 | Second |
| A7 | Dn1 | Negative half of the USB 2.0 differential pair – Position 1 | Second | B6 | Dp2 | Positive half of the USB 2.0 differential pair – Position 2 | Second |
| A8 | SBU1 | Sideband Use (SBU) | Second | B5 | CC2 | Configuration Channel | Second |
| A9 | V_BUS | Bus Power | First | B4 | V_BUS | Bus Power | First |
| A10 | SSRXn2 | Negative half of second SuperSpeed RX differential pair | Second | B3 | SSTXn2 | Negative half of second SuperSpeed TX differential pair | Second |
| A11 | SSRXp2 | Positive half of second SuperSpeed RX differential pair | Second | B2 | SSTXp2 | Positive half of second SuperSpeed TX differential pair | Second |
| A12 | GND | Ground return | First | B1 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).

> The USB Type-C receptacle, plug and cable designs are intended to support future USB functional extensions. As such, consideration was given to frequency scaling performance, pin-out arrangement and the configuration mechanisms when developing this solution. The definition of future USB functional extensions is not in the scope of this specification but rather will be provided in future releases of the base USB Specification, i.e., beyond the existing *USB 3.1 Specification*.
>
> Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices. As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (VBUS) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins. Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle. For reference, the signal pins are labeled.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**



| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GND | TX1+ | TX1− | VBUS | CC1 | D+ | D− | SBU1 | VBUS | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | VBUS | SBU2 | D− | D+ | | CC2 | VBUS | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 18).

### 4.5.1.1  USB Data Bus Interface and USB Type-C Plug Flip-ability

Since the USB Type-C plug can be inserted in either right-side-up or upside-down position, the hosts and devices that support USB data bus functionality must operate on the signal pins that are actually connected end-to-end. In the case of USB 2.0, this is done by shorting together the two D+ signal pins and the two D− signal pins in the DFP and UFP receptacles. In the case of USB SuperSpeed signals, it requires the functional equivalent of a switch in both the DFP and UFP to appropriately route the SuperSpeed TX and RX signal pairs to the connected path through the cable.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 104).



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 105).

### 4.5.1.2.1 Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source. Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source. Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20. Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

**Table 4-10  DFP CC Termination (Rp) Requirements**

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered). Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range. Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

**Table 4-11  UFP CC Termination (Rd) Requirements**

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp[1] | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1. The clamp implementation inhibits USB PD communication although the system can start with the clamp and transition to the resistor once it is able to do USB PD.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

## 2.5   VCONN

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9). Initially, the DFP sources VCONN and the source may be swapped using USB PD VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable. VCONN functionally differs from VBUS in that it is isolated from the other end of the cable. VCONN is independent of VBUS and, unlike VBUS which can use USB PD to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 23).

### 4.9  Electronically Marked Cables

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support *USB Power Delivery* Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc.  This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit *USB PD* contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit *USB PD* contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 147).

**Figure 4-34  Electronically Marked Cable with VCONN connected through the cable**



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 148).



*(E.g.,* Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 147).

All SOP* Communications take place over a single wire (CC). This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked. For a product which does not recognize SOP/SOP' or SOP" Packets, this will look like a non-idle channel, leading to missed packets and retries. Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP') and is allowed to respond to packets from the Cable Plug (SOP') with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP' Packets. The Sink does not communicate with the Cable Plug and *Discards* any SOP' Packets received.

When an Explicit Contract is in place the VCONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP'/SOP" Packets (see Figure 2-2). During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets. The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP'/SOP" Packets received. Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

Figure 2-2 Example SOP' Communication between VCONN Source and Cable Plug(s)



*(E.g.,* Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|---|---|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry.  When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP, SOP'* or *SOP''*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP'' Communication | Communication with a Cable Plug using SOP'' Packets, also implies that a Message sequence is being followed. |
| SOP'' Packet | Any Power Delivery Packet which starts with an *SOP''* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

103.    Defendant provided a portable electronic device, such as the '042 Accused PD Chargers, to transfer, via the first conductor, the direct current from the power supply, provide, via the second conductor, a ground reference from the power supply, communicate, via the third conductor, the first signal from the data circuitry to the power supply, and communicate, via the fourth conductor, the second signal from the power supply to the data circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  For example, the VBUS pin is the voltage line that provides DC power from the power supply to the '042 Accused PD Charger. For example, the GND pin provides a ground reference from the power supply to the '042 Accused PD Charger.  When an '042 Accused PD Charger is connected to a power supply through a USB Type-C cable, the orientation of the connector to the power supply is detected first.  The power supply detects the proper orientation of the connected USB Type-Cable by checking the voltage signal at the CC1 and CC2 pins.  The values of the two resistors, Rp and Rd are fixed such that the voltage signal at one of the two CC pins (*i.e.*, CC1 and CC2) will be lower than the predetermined threshold value.  The power supply determines which of the two CC pins are used as the configuration channel by detecting a voltage less than a certain threshold voltage at the CC pin in

use.  The CC pin used as the configuration channel is the "third conductor" and the voltage signal received at one of the CC pins meeting the threshold requirement ("first signal") from the '042 Accused PD Charger connected via the full featured USB Type-Cable is determined by the voltage divider signal generated by the Rd resister in the '042 Accused PD Charger with the Rp resister in the power supply.  The CC pin that is not used as a configuration channel then becomes the Vconn conductor ("the fourth conductor").  The power supply connects to the full-featured USB Type-C cable that is electronically marked.  To connect to an electronically marked USB Type-C cable, the power supply utilizes the Vconn pin.  With the electronically marked USB Type-Cable, the CC pin not used for the configuration is used as the Vconn source.  Upon providing the Vconn source, the power supply communicates the SOP* packets with the '042 Accused PD Charger, which control charging of the battery in the '042 Accused PD Charger.  The SOP* includes the SOP communication from the power supply to the '042 Accused PD Charger that is attached.  The voltage signal sent at the Vconn pin from the power supply to the '042 Accused PD Charger is the "second signal" because this voltage signal enables the SOP* communication that controls charging the battery in the '042 Accused PD Charger.

Figure 2-1 illustrates the comprehensive functional signal plan for the USB Type-C receptacle, not all signals shown are required in all platforms or devices.  As shown, the receptacle signal list functionally delivers both *USB 2.0* (D+ and D−) and *USB 3.1* (TX and RX pairs) data buses, USB power (V$_{BUS}$) and ground (GND), Configuration Channel signals (CC1 and CC2), and two Sideband Use (SBU) signal pins.  Multiple sets of USB data bus signal locations in this layout facilitate being able to functionally map the USB signals independent of plug orientation in the receptacle.  For reference, the signal pins are labeled.

**Figure 2-1  USB Type-C Receptacle Interface (Front View)**

| A1 | A2 | A3 | A4 | A5 | A6 | A7 | A8 | A9 | A10 | A11 | A12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GND | TX1+ | TX1− | V$_{BUS}$ | CC1 | D+ | D− | SBU1 | V$_{BUS}$ | RX2− | RX2+ | GND |
| GND | RX1+ | RX1− | V$_{BUS}$ | SBU2 | D− | D+ | CC2 | V$_{BUS}$ | TX2− | TX2+ | GND |
| B12 | B11 | B10 | B9 | B8 | B7 | B6 | B5 | B4 | B3 | B2 | B1 |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 18).

**2.4  VBUS**

VBUS provides a path to deliver power between a host and a device, and between a charger and a host/device. A simplified high-current supply capability is defined for hosts and chargers that optionally support current levels beyond the *USB 2.0* and *USB 3.1* specifications. The *USB Power Delivery Specification* is supported.

Table 2-1 summarizes the power supply options available from the perspective of a device with the USB Type-C connector. Not all options will be available to the device from all host

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 22).



**Figure 1.** The USB Type-C receptacle. Image courtesy of *Microchip.*



**Figure 2.** The USB Type-C plug. Image courtesy of *Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

### 2.3.1 DFP-to-UFP Attach/Detach Detection

Initially, DFP-to-UFP attach is detected by a host or hub port (DFP) when one of the CC pins at its USB Type-C receptacle senses a specified resistance to GND. Subsequently, DFP-to-UFP detach is detected when the CC pin that was terminated at its USB Type-C receptacle is no longer terminated to GND.

Power is not applied to the USB Type-C host or hub receptacle (VBUS or VCONN) until the DFP detects the presence of an attached device (UFP) port. When a DFP-to-UFP attach is detected, the DFP is expected to enable power to the receptacle and proceed to normal USB operation with the attached device. When a DFP-to-UFP detach is detected, the port sourcing VBUS removes power.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification, Release 1.0 August 2014, Page 21).

#### Table 3-4  USB Type-C Receptacle Interface Pin Assignments

| Pin | Signal Name | Description | Mating Sequence | Pin | Signal Name | Description | Mating Sequence |
|-----|-------------|-------------|-----------------|-----|-------------|-------------|-----------------|
| A1 | GND | Ground return | First | B12 | GND | Ground return | First |

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 49).



***Figure 1.*** *The USB Type-C receptacle. Image courtesy of Microchip.*



***Figure 2.*** *The USB Type-C plug. Image courtesy of Microchip.*

(*E.g.*, https://www.allaboutcircuits.com/technical-articles/introduction-to-usb-type-c-which-pins-power-delivery-data-transfer/).

### 4.5.1.2.1  Detecting a Valid DFP-to-UFP Connection

The general concept for setting up a valid connection between a DFP and UFP is based on being able to detect terminations residing in the product being attached.

To aid in defining the functional behavior of CC, a pull-up (Rp) and pull-down (Rd) termination model is used – actual implementation in hosts and devices may vary, for example, the pull-up termination could be replaced by a current source. Figure 4-5 and Figure 4-6 illustrates two models, the first based on a pull-up resistor in the DFP and the second replacing this with a current source.

#### Figure 4-5  Pull-Up/Pull-Down CC Model



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page107).

Table 4-10 provides the values that shall be used for the DFP's Rp or current source. Other pull-up voltages shall be allowed if they remain less than 5.5 V and fall within the correct voltage ranges on the UFP side – see Table 4-18, Table 4-19 and Table 4-20. Note: when two DFPs are connected together, they may use different termination methods which could result in unexpected current flow.

#### Table 4-10  DFP CC Termination (Rp) Requirements

| DFP Advertisement | Current Source to 1.7 – 5.5 V | Resistor pull-up to 4.75 – 5.5 V | Resistor pull-up to 3.3 V ± 5% |
|---|---|---|---|
| Default USB Power | 80 µA ± 20% | 56 kΩ ± 20% | 36 kΩ ± 20% |
| 1.5 A @ 5 V | 180 µA ± 8% | 22 kΩ ± 5% | 12 kΩ ± 5% |
| 3.0 A @ 5 V | 330 µA ± 8% | 10 kΩ ± 5% | 4.7 kΩ ± 5% |

The UFP may find it convenient to implement Rd in multiple ways simultaneously (a wide range Rd when unpowered and a trimmed Rd when powered). Transitions between Rd implementations that do not exceed tCCDebounce shall not be interpreted as exceeding the wider Rd range. Table 4-11 provides the methods and values that shall be used for the UFP's Rd implementation.

**Table 4-11  UFP CC Termination (Rd) Requirements**

| Rd Implementation | Nominal value | Can detect power capability? | Max voltage on pin |
|---|---|---|---|
| ± 20% voltage clamp¹ | 1.1 V | No | 1.32 V |
| ± 20% resistor to GND | 5.1 kΩ | No | 2.18 V |
| ± 10% resistor to GND | 5.1 kΩ | Yes | 2.04 V |

Note:
1.  The clamp implementation inhibits *USB PD* communication although the system can start with the clamp and transition to the resistor once it is able to do *USB PD*.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Pages 149-150).

## 2.5  VCONN

Once the connection between host and device is established, the CC pin (CC1 or CC2) in the receptacle that is not connected via the CC wire through the standard cable is repurposed to source VCONN to power circuits in the plug needed to implement Electronically Marked Cables (see Section 4.9).  Initially, the DFP sources VCONN and the source may be swapped using *USB PD* VCONN_Swap.

Electronically marked cables may use VBUS instead of VCONN as VBUS is available across the cable.  VCONN functionally differs from VBUS in that it is isolated from the other end of the cable.  VCONN is independent of VBUS and, unlike VBUS which can use *USB PD* to support higher voltages, VCONN voltage is fixed at 5 V.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August 2014, Page 23).

## 4.9  Electronically Marked Cables

All USB Full-Featured Type-C cables shall be electronically marked.  USB 2.0 Type-C cables may be electronically marked.

Electronically marked cables shall support *USB Power Delivery* Structured VDM Discover Identity command directed to SOP'.  This provides a method to determine the characteristics of the cable, e.g. its current carrying capability, its performance, vendor identification, etc. This may be referred to as the USB Type-C Cable ID function.

Prior to an explicit *USB PD* contract, a Charging UFP is allowed to use SOP' to discover the cable's identity.  After an explicit *USB PD* contract has been negotiated, only the DFP shall communicate with SOP'.

An electronically marked cable incorporates electronics that require VCONN, although VBUS or another source may be used.  Electronically marked cables that do not incorporate data bus signal conditioning circuits shall consume no more than 70 mW from VCONN.  During USB suspend, electronically marked cables shall not draw more than 7.5 mA from VCONN, see Section 4.6.1.2.

(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 148).



(*E.g.*, Universal Serial Bus Type-C Cable and Connector Specification Revision 1.0 August

2014, Page 147).

All SOP* Communications take place over a single wire (CC).  This means that the SOP* Communication periods must be coordinated to prevent important communication from being blocked.  For a product which does not recognize SOP/SOP' or SOP" Packets, this will look like a non-idle channel, leading to missed packets and retries.  Communications between the Port Partners take precedence meaning that communications with the Cable Plug can be interrupted but will not lead to a Soft or Hard Reset.

When no Contract or an Implicit Contract is in place (e.g., after a Power Role Swap or Fast Role Swap) only the Source port that is supplying VCONN is allowed to send packets to a Cable Plug (SOP') and is allowed to respond to packets from the Cable Plug (SOP') with a GoodCRC in order to discover the Cable Plug's characteristics (see Figure 2-2).  During this phase all communication with the Cable Plug is initiated and controlled by the Source which acts to prevent conflicts between SOP and SOP' Packets.  The Sink does not communicate with the Cable Plug and *Discards* any SOP' Packets received.

When an Explicit Contract is in place the VcONN Source (either the DFP or the UFP) can communicate with the Cable Plug(s) using SOP'/SOP" Packets (see Figure 2-2).  During this phase all communication with the Cable Plug is initiated and controlled by the VCONN Source which acts to prevent conflicts between SOP* Packets.  The Port that is not the VCONN Source does not communicate with the Cable Plug and does not recognize any SOP'/SOP" Packets received.  Only the DFP, when acting as a VCONN Source, is allowed to send SOP* in order to control the entry and exiting of Modes and to manage Modal Operation.

**Figure 2-2 Example SOP' Communication between VcONN Source and Cable Plug(s)**



(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 7).

| Term | Description |
|---|---|
| Sink Directed Charge | A charging scheme whereby the Sink connects the Source to its battery through safety and other circuitry.  When the SPR PPS Current Limit feature is activated, the Source automatically controls its output current by adjusting its output Voltage. |
| Soft Reset | A process that resets the PD communications engine to its default state. |
| SOP Communication | Communication using SOP Packets also implies that a Message sequence is being followed. |
| SOP Packet | Any Power Delivery Packet which starts with an *SOP*. |
| SOP* Communication | Communication with a Cable Plug using SOP* Packets, also implies a Message sequence is being followed. |
| SOP* Packet | A term referring to any Power Delivery Packet starting with either *SOP, SOP'* or *SOP"*. |
| SOP' Communication | Communication with a Cable Plug using SOP' Packets, also implies that a Message sequence is being followed. |
| SOP' Packet | Any Power Delivery Packet which starts with an *SOP'* used to communicate with a Cable Plug. |
| SOP" Communication | Communication with a Cable Plug using SOP" Packets, also implies that a Message sequence is being followed. |
| SOP" Packet | Any Power Delivery Packet which starts with an *SOP"* used to communicate with a Cable Plug when SOP' Packets are being used to communicate with the other Cable Plug. |

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 68).

104.    Defendant provided a portable electronic device, such as the '042 Accused PD Chargers, in which the second signal has a parameter level that is usable by the data circuitry in connection with control of charging the rechargeable battery based on the direct current received by the power circuitry. This element is met literally, or in the alternative, under the doctrine of equivalents.  As explained above, a voltage signal meeting the specified threshold value, *i.e.*, the "first signal," is detected at the CC pin used as the configuration channel.  In coordination with this voltage signal, the second signal, *i.e.*, another voltage signal from the Vconn pin was sent from the power supply to the '042 Accused PD Charger, which enables the SOP* communication that controls charging a rechargeable battery of the '042 Accused PD Charger.

### 2.5.3    SOP Communication

SOP Communication is used for Port-to-Port communication between the Source and the Sink.  SOP Communication is recognized by both Port Partners but not by any intervening Cable Plugs.  SOP Communication takes priority over other SOP* Communications since it is critical to complete power related operations as soon as possible.  Message sequences relating to power are also allowed to interrupt other sequences to ensure that negotiation and control of power is given priority on the bus.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 75).

### 6.4.1.1    Use of the Capabilities Message

#### 6.4.1.1.1    Use by Sources

Sources send a *Source_Capabilities* Message (see Section 6.4.1) either as part of advertising Port capabilities, or in response to a *Get_Source_Cap* Message.

Following a Hard Reset, a power-on event or plug insertion event, a Source Port *Shall* send a *Source_Capabilities* Message after every *SourceCapabilityTimer* timeout as an Advertisement that *Shall* be interpreted by the Sink Port on Attachment.  The Source *Shall* continue sending a minimum of *nCapsCount Source_Capabilities* Messages until a *GoodCRC* Message is received.

(*E.g.*, Universal Serial Bus Power Delivery Specification Revision 3.1, April 2022, Page 146).

### C.    Indirect Infringement

105.    Upon information and belief, Defendant was indirectly infringing by way of inducing infringement and contributing to the infringement of the asserted claims of the '042 patent in the State of Texas, in this District, and elsewhere in the United States, by providing the '042 Accused Chargers for use as described above by Defendant's customers.   Defendant

advertised, offered for sale, and/or sold the '042 Accused Chargers to its customers for use in a manner that Defendant knew infringed at least one claim of the '042 patent. For example, Defendant advertised and sold the '042 Accused Chargers. In addition, Defendant sold and offered for sale the following additional devices that are advertised as charging batteries and satisfy all limitations of the claims with the exception for the rechargeable battery: HP EliteBook 830 G8 Notebook PC, HP EliteBook 840 G8 Notebook PC, HP ZBook Firefly 14 inch G8 Mobile Workstation PC, HP ProBook 440 G8 Notebook PC, HP ProBook 450 G8 Notebook PC, HP Pro x360 Fortis 11 inch G9 Notebook PC, HP ProBook Fortis 14 inch G9 Notebook PC HP ZBook 14u G5 Mobile Workstation, HP ZBook 14u G6 Mobile Workstation, HP ZBook Firefly 14 G7 Mobile Workstation, HP ZBook 15 G5 Mobile Workstation, HP ZBook 15 G6 Mobile Workstation, HP ZBook Fury 15 G7 Mobile Workstation, HP ZBook 15u G5 Mobile Workstation, HP ZBook 15u G6 Mobile Workstation, HP ZBook Firefly 15 G7 Mobile Workstation, HP ZBook 17 G5 Mobile Workstation, HP ZBook 17 G6 Mobile Workstation, HP ZBook Fury 17 G7 Mobile Workstation, HP ZBook Studio G5 Mobile Workstation, HP ZBook Studio x360 G5 Convertible Workstation, HP ZBook Studio G7 Mobile Workstation, HP ZBook Create G7 Mobile Workstation, and HP ZBook x2 G4 Detachable Workstation (collectively "Additional '042 Accused Chargers"). Defendant was a direct and indirect infringer, and its customers using the '042 Accused Chargers and the Additional '042 Accused Chargers were direct infringers. Defendant had actual knowledge of the '042 patent at least as early as when they received a letter from Plaintiff sent on September 15, 2023, asserting that the '042 Accused Chargers and the Additional '042 Accused Chargers infringed claims of the '042 patent and they were provided a claim chart that provided evidence of the infringement. Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the notice letter. Defendant has

therefore also known that the use of the '042 Accused Chargers and the Additional '042 Accused Chargers by its customers infringed at least one claim of the '042 patent since at least the date they received the letter.

106.    On information and belief, since becoming aware of the '042 patent and of the infringement through advertising and offering for sale the '042 Accused Chargers and the Additional '042 Accused Chargers for use by its customers, Defendant was committing the act of inducing infringement by specifically intending to induce infringement by providing the '042 Accused Chargers and the Additional '042 Accused Chargers to its customers and by aiding and abetting its use in a manner known to infringe by Defendant.  Since becoming aware of the infringing use of the '042 Accused Chargers and the Additional '042 Accused Chargers, Defendant knew that the use of the '042 Accused Chargers and the Additional '042 Accused Chargers by its customers as a charger with a portable electronic device (including a rechargeable battery) constituted direct patent infringement.  Despite this knowledge, Defendant continued to encourage and induce its customers to use the '042 Accused Chargers and the Additional '042 Accused Chargers to infringe as described above and provided instructions for using the '042 Accused Chargers and the Additional '042 Accused Chargers to infringe, including through advertisements. Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '042 patent by its customers.

107.    On information and belief, since Defendant became aware of the acts of infringement at least as of the date of receipt of the notice letter, Defendant was committing the act of contributory infringement by intending to provide the '042 Accused Chargers and the Additional '042 Accused Chargers to its customers knowing that such devices were a material part of the claimed invention, knowing that its use was made and adapted for infringement of the '042

patent as described above, and further knowing that the accused aspect of the '042 Accused Chargers and the Additional '042 Accused Chargers described above was not a staple article or commodity of commerce suitable for substantially noninfringing use.  As described above, Defendant was aware that all material claim limitations were satisfied by the use and implementation of the '042 Accused Chargers and the Additional '042 Accused Chargers by Defendant's customers in the manner described above yet continued to provide the '042 Accused Chargers and the Additional '042 Accused Chargers to its customers knowing that it was a material part of the claimed invention.  As described above, since learning of the infringement, Defendant knew that the use and implementation of the '042 Accused Chargers and the Additional '042 Accused Chargers by its customers was made and adapted for infringement of the '042 patent.  A new act of direct infringement occurred each time a customer implemented and/or used the '042 Accused Chargers and the Additional '042 Accused Chargers in the manner described above. After Defendant became aware that the use of the '042 Accused Chargers and the Additional '042 Accused Chargers infringe at least one claim of the '042 patent, Defendant knew that each such new use was made and adapted for infringement of at least one claim of the '042 patent and Defendant continued to advertise and provide the '042 Accused Chargers and the Additional '042 Accused Chargers for such infringing activities.  Furthermore, as described more fully above, the '042 Accused Chargers and the Additional '042 Accused Chargers had functionality designed for use in a system in the manner described above and was therefore not a staple article or commodity of commerce suitable for substantially noninfringing use.

108.    Upon information and belief, Defendant willfully infringed the asserted claims of the '042 patent in Texas, in this District, and elsewhere in the United States.  Defendant had actual knowledge of the '042 patent at least as early as when they received a letter from Plaintiff sent on

September 15, 2023, asserting that the '042 Accused Chargers and the Additional '042 Accused Chargers infringed claims of the '042 patent and they were provided a chart of the infringement. Defendant knew of its infringement since at least that date as a result of the accusations of infringement in the letter. Defendant has therefore also known that the use of the '042 Accused Chargers and the Additional '042 Accused Chargers by its customers infringed at least one claim of the '042 patent since at least the date they received the letter. Defendant was informed of its infringement of the '042 patent by way of the September 15, 2023, letter sent to Defendant, including claim charts demonstrating Defendant's infringement. As a result of the letter, Defendant should have known that its actions constituted an unjustifiably high risk of infringement. Despite the letter and knowledge that the risk of infringement was either known or so obvious that it should have been known, Defendant continued its infringing actions.

109.    Plaintiff was damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '042 patent, *i.e.*, in an amount that by law cannot be less than a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## VII.  **JURY DEMAND**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VIII.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that the asserted claims of United States Patent No. 9,413,187 were directly and indirectly infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that the asserted claims of United States Patent No. 10,855,087 were directly and indirectly infringed, either literally and/or under the doctrine of equivalents, by Defendant;

c.    Judgment that the asserted claims of United States Patent No. 10,951,042 were directly and indirectly infringed, either literally and/or under the doctrine of equivalents, by Defendant;

d.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

e.    Adjudging that Defendant's infringement of United States Patent Nos. 9,413,187, 10,855,087, and 10,951,042 was willful and trebling all damages awarded to Comarco for such infringement pursuant to 35 U.S.C. § 284;

f.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

g.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.


April 18, 2025                                   DIRECTION IP LAW

                                                /s/ Steven G. Kalberg
                                                David R. Bennett (IL Bar No. 6244214)
                                                Steven G. Kalberg (IL Bar No. 6336131)
                                                (*Admitted to the U.S. Dist. Ct. for the E.D. Texas*)
                                                Direction IP Law
                                                P.O. Box 14184
                                                Chicago, IL 60614-0184
                                                (312) 291-1667
                                                dbennett@directionip.com
                                                skalberg@directionip.com

                                                *Attorney for Plaintiff*
                                                *Comarco Wireless Systems LLC*